OFFICE COPY

**07 CV 4829**

Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Attorneys for Plaintiff

JUN 0 6 2007

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

TELENOR EAST INVEST AS,

              Plaintiff,

    -against-

ALTIMO HOLDINGS & INVESTMENTS
LIMITED, ECO TELECOM LIMITED, CTF
HOLDINGS LIMITED, CROWN FINANCE
FOUNDATION and RIGHTMARCH LIMITED.

              Defendants.

------------------------------------------------------------ x

07 CV
ECF Case

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 Respondent Telenor East Invest AS ("Telenor East"), by its undersigned counsel, certifies that Plaintiff Telenor East is an indirect wholly-owned subsidiary of Telenor ASA, ("Telenor"), a Norwegian company. The securities of Telenor are publicly traded on the Oslo Stock Exchange.

Dated:   New York, New York
         June 6, 2007

                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                        By *[signature]*
                             Robert L. Sills (RS 8896)

                        666 Fifth Avenue
                        New York, New York  10103
                        (212) 506-5000

                        Attorneys for Plaintiff
                        Telenor East Invest AS.

US_EAST:160231682.1
16487-6 RLS/DDJ