Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

TELENOR EAST INVEST AS,

      Plaintiff,

   -against-

ALTIMO HOLDINGS & INVESTMENTS
LIMITED, ECO TELECOM LIMITED, CTF
HOLDINGS LIMITED, CROWN FINANCE
FOUNDATION and RIGHTMARCH LIMITED.

      Defendants.

------------------------------------------------------------- x

07 CV 4829
ECF Case

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
      : ss.:
COUNTY OF NEW YORK )

   DIANA JOSEPH, being duly sworn, deposes and says:

1. I am over the age of 18 years and am not a party to this action, and I am employed by Orrick, Herrington & Sutcliffe LLP, attorneys for plaintiff in the above-entitled action.

2. On June 7, 2007, I served true copies of the Summons, Complaint, Civil Cover Sheet and Rule 7.1 Statement in the above-entitled action by Registered Mail Return Receipt Requested by placing true and correct copies thereof in properly addressed and sealed envelopes and depositing in the custody of the U.S. Postal Service within New York to the addresses set forth below:

Altimo Holding & Investments Limited
Geneva Place
333 Waterfront Drive, 2nd Floor
Road Town
Tortola, BVI

CTF Holdings Limited
Suite 2
4 Irish Place
Gibraltar

Rightmarch Limited
Themistokli Dervi
5 Elenion Building, 2nd Floor
P.C. 1066
Nicosia, Cyprus

Crown Finance Foundation
Am Schragen Weg 14
P.O. Box 1618
FL-9490
Vaduz, Liechtenstein

Eco Telecom Limited
10/8 International Commercial Centre
Casemates Square
Gibraltar

3. In addition, on June 8, 2007, I served true copies of the Summons, Complaint, Civil Cover Sheet and Rule 7.1 Statement by Registered Mail Return Receipt Requested by placing true and correct copies thereof in properly addressed and sealed envelopes and depositing in the custody of the U.S. Postal Service within New York to the addresses set forth below:

Eco Telecom Limited
Suite 2
4 Irish Place
Gibraltar

**Attention: Ms. Marina Kushnareva**

Altimo Limited
Str. Novy Arbat, build. 21
GSP-2
119992 Moscow, Russia

**Attention: Mr. Alexey Reznikovich**

2

Crown Finance Foundation
Arcomm Trust Company
Am Schragen Weg 14
P.O. Box 1618 FL-9490
Vaduz, Liechtenstein

**Attention: Dr. Norbert Seeger**

CTF Holding
Suite 2
4 Irish Place
Gibraltar

**Attention: Ms. Marina Kushnareva**

Rightmarch Limited
Themistokli Dervi
5 Elenion Building, 2nd Floor
P.C. 1066
Nicosia, Cyprus

**Attention: Managing Director**

_____
/Diana Joseph

Sworn to before me this
11th day of June, 2007

_____
Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Queens County
Commission Expires Nov. 25, 2010