UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELENOR EAST INVEST AS,<br><br>          Plaintiff,<br><br>    -against-<br><br>ALTIMO HOLDINGS & INVESTMENTS LIMITED, ECO TELECOM LIMITED, CTF HOLDINGS LIMITED, CROWN FINANCE FOUNDATION, and RIGHTMARCH LIMITED,<br><br>          Defendants. | 07 Civ. 4829 (DC)<br>ECF ACTION<br><br>Oral Argument Requested |

**NOTICE OF MOTION TO DISMISS OR STAY**

  PLEASE TAKE NOTICE THAT, upon the Amended Complaint, a copy of which is annexed hereto, the accompanying declaration of Ronald S. Rolfe executed August 27, 2007, with exhibits thereto, and the accompanying memorandum of law, Defendants Altimo Holdings & Investments Limited, Crown Finance Foundation, and Rightmarch Limited, hereby move this Court, Hon. Denny Chin, District Judge at the United States Courthouse, 500 Pearl St., Courtroom 11A, New York, New York, for an order dismissing the Amended Complaint in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4(b)(1)-(3), for failure to state a claim, or, in the alternative, staying the

action in favor of arbitration between Plaintiff and codefendants Eco Telecom Limited and CTF Holdings Limited, and granting such other relief as the Court may deem just and proper.

August 27, 2007

                                          CRAVATH, SWAINE & MOORE LLP,

              by

                  s/ Ronald S. Rolfe
                          Ronald S. Rolfe
                         Member of the Firm

                          Worldwide Plaza
                        825 Eighth Avenue
                      New York, NY 10019-7475
                          (212) 474-1000

*Attorneys for Defendants Altimo Holdings & Investments Limited, Crown Finance Foundation, and Rightmarch Limited*

TO:

Robert L. Sills, Esq.
    Orrick, Herrington & Sutcliffe LLP
        666 Fifth Avenue
            New York, NY 10103
                (212) 506-5110

*Attorney for Plaintiff*