## Price/Volume Report

### Open Joint Stock Co-Vimpelcommuni Sponsored Adr(VIP)
**Daily: 08/01/2006 to 08/01/2007**

| Date | High Price | Low Price | Closing Price | Trading Volume |
|---|---|---|---|---|
| 08/01/2007 | 107.7600 | 103.5700 | 106.0900 | 955300 |
| 07/31/2007 | 109.0000 | 105.2400 | 105.9000 | 809900 |
| 07/30/2007 | 105.0300 | 101.0000 | 104.2300 | 595000 |
| 07/27/2007 | 105.6500 | 98.5000 | 101.2900 | 1242100 |
| 07/26/2007 | 105.0000 | 98.5700 | 100.4000 | 973200 |
| 07/25/2007 | 110.3104 | 105.0000 | 106.0500 | 720800 |
| 07/24/2007 | 112.4600 | 107.1510 | 107.8600 | 841900 |
| 07/23/2007 | 113.0000 | 110.0600 | 111.5000 | 753900 |
| 07/20/2007 | 113.2400 | 112.0500 | 112.4300 | 415000 |
| 07/19/2007 | 113.2100 | 111.1600 | 112.8800 | 695300 |
| 07/18/2007 | 113.0890 | 111.0400 | 111.6700 | 535000 |
| 07/17/2007 | 114.7000 | 111.8900 | 113.0000 | 466600 |
| 07/16/2007 | 118.4700 | 112.0300 | 112.5000 | 992900 |
| 07/13/2007 | 118.5800 | 113.0000 | 117.0900 | 1086300 |
| 07/12/2007 | 114.0400 | 110.5900 | 112.7300 | 814300 |
| 07/11/2007 | 110.8600 | 107.2400 | 110.1500 | 515400 |
| 07/10/2007 | 110.9900 | 107.4000 | 108.2100 | 721500 |
| 07/09/2007 | 114.7500 | 111.5500 | 111.7900 | 505100 |
| 07/06/2007 | 112.0400 | 109.6500 | 111.5500 | 376200 |
| 07/05/2007 | 110.9600 | 108.8200 | 110.6000 | 478600 |
| 07/04/2007 | NA | NA | NA | NA |
| 07/03/2007 | 110.9000 | 108.1800 | 110.1300 | 305600 |
| 07/02/2007 | 108.0200 | 106.0200 | 108.0200 | 559500 |
| 06/29/2007 | 107.0300 | 103.6000 | 105.3600 | 745900 |
| 06/28/2007 | 107.6800 | 103.7600 | 104.3900 | 587800 |
| 06/27/2007 | 106.3500 | 102.5100 | 106.3500 | 509400 |
| 06/26/2007 | 107.6900 | 104.4300 | 104.8700 | 485000 |
| 06/25/2007 | 107.5700 | 102.2900 | 106.5500 | 679000 |
| 06/22/2007 | 105.7900 | 103.2000 | 104.6500 | 356000 |
| 06/21/2007 | 106.9900 | 104.6200 | 105.8900 | 581600 |
| 06/20/2007 | 109.6500 | 104.5900 | 105.2400 | 597300 |
| 06/19/2007 | 109.9400 | 106.5400 | 108.3900 | 583800 |
| 06/18/2007 | 112.4000 | 107.3844 | 108.2100 | 777500 |
| 06/15/2007 | 107.1500 | 102.7100 | 106.7800 | 1207900 |
| 06/14/2007 | 104.0000 | 101.3000 | 103.5100 | 630000 |
| 06/13/2007 | 102.2600 | 98.6200 | 101.6500 | 718800 |
| 06/12/2007 | 100.0400 | 97.2800 | 98.1200 | 552700 |

| | | | |
|---|---|---|---|
| 06/11/2007 | 100.6300 | 97.1900 | 99.7000 | 503800 |
| 06/08/2007 | 97.8500 | 94.5000 | 97.1800 | 638200 |
| 06/07/2007 | 100.4000 | 96.1400 | 97.4200 | 1134100 |
| 06/06/2007 | 102.0000 | 100.2500 | 100.9600 | 367700 |
| 06/05/2007 | 103.1500 | 100.9900 | 101.8400 | 416700 |
| 06/04/2007 | 102.6000 | 101.1500 | 101.5700 | 642700 |
| 06/01/2007 | 104.3600 | 101.3600 | 104.0000 | 736500 |
| 05/31/2007 | 104.4500 | 102.4600 | 102.8100 | 621700 |
| 05/30/2007 | 103.2500 | 100.0000 | 102.9300 | 891200 |
| 05/29/2007 | 103.0000 | 100.1000 | 102.3600 | 961800 |
| 05/28/2007 | NA | NA | NA | NA |
| 05/25/2007 | 105.0000 | 102.3200 | 103.4200 | 1165500 |
| 05/24/2007 | 101.0000 | 99.0500 | 99.7100 | 1209000 |
| 05/23/2007 | 102.0000 | 99.7500 | 100.5900 | 835500 |
| 05/22/2007 | 102.0800 | 99.2500 | 100.0000 | 1206600 |
| 05/21/2007 | 104.5000 | 99.6900 | 102.1100 | 1488000 |
| 05/18/2007 | 100.0400 | 97.7600 | 99.6900 | 470200 |
| 05/17/2007 | 100.1300 | 98.6400 | 99.0100 | 454800 |
| 05/16/2007 | 101.7700 | 99.1400 | 100.1100 | 722100 |
| 05/15/2007 | 102.7000 | 100.0000 | 101.3000 | 1136500 |
| 05/14/2007 | 103.5000 | 99.0100 | 102.6600 | 1011700 |
| 05/11/2007 | 100.9500 | 96.5000 | 100.9000 | 1146600 |
| 05/10/2007 | 102.0000 | 97.0000 | 97.1500 | 1395300 |
| 05/09/2007 | 105.1000 | 102.0900 | 104.1800 | 674100 |
| 05/08/2007 | 104.4900 | 101.4900 | 102.2300 | 718000 |
| 05/07/2007 | 105.9800 | 103.1700 | 105.2100 | 660300 |
| 05/04/2007 | 104.0500 | 101.1000 | 102.6400 | 714100 |
| 05/03/2007 | 104.0500 | 100.2600 | 102.2300 | 922500 |
| 05/02/2007 | 102.7500 | 97.6900 | 101.8500 | 1806900 |
| 05/01/2007 | 97.5900 | 96.2500 | 96.7700 | 852400 |
| 04/30/2007 | 97.7500 | 95.6900 | 96.7600 | 817500 |
| 04/27/2007 | 103.0000 | 96.3500 | 98.4000 | 1035100 |
| 04/26/2007 | 97.0000 | 96.2200 | 96.4000 | 626200 |
| 04/25/2007 | 97.6100 | 96.2100 | 96.3500 | 530700 |
| 04/24/2007 | 96.9200 | 95.8500 | 96.3500 | 1065100 |
| 04/23/2007 | 97.6900 | 94.7400 | 95.7700 | 1184900 |
| 04/20/2007 | 99.0800 | 96.2400 | 96.2600 | 989100 |
| 04/19/2007 | 96.6400 | 94.4000 | 96.6100 | 885400 |
| 04/18/2007 | 97.5500 | 94.5100 | 96.8300 | 795000 |
| 04/17/2007 | 98.2800 | 95.7200 | 96.3000 | 930400 |
| 04/16/2007 | 98.0300 | 96.0000 | 96.5200 | 472800 |
| 04/13/2007 | 97.5000 | 95.4200 | 96.5400 | 1052000 |
| 04/12/2007 | 96.6100 | 91.3700 | 96.2200 | 2091400 |

| | | | |
|---|---|---|---|
| 04/11/2007 | 97.3800 | 93.9400 | 94.7000 | 1429800 |
| 04/10/2007 | 99.9900 | 96.0200 | 96.3100 | 1274500 |
| 04/09/2007 | 100.3900 | 97.9300 | 99.5900 | 796000 |
| 04/06/2007 | NA | NA | NA | NA |
| 04/05/2007 | 97.7400 | 96.5000 | 96.8700 | 684200 |
| 04/04/2007 | 98.9000 | 96.6200 | 98.5700 | 924400 |
| 04/03/2007 | 98.8500 | 97.6800 | 98.0100 | 603900 |
| 04/02/2007 | 97.7300 | 95.2000 | 97.6200 | 797900 |
| 03/30/2007 | 97.4900 | 94.5500 | 94.8400 | 749700 |
| 03/29/2007 | 99.1700 | 95.0500 | 96.2300 | 1583200 |
| 03/28/2007 | 98.3000 | 94.7500 | 97.6000 | 1483000 |
| 03/27/2007 | 96.8700 | 95.2700 | 95.8800 | 704300 |
| 03/26/2007 | 96.8300 | 94.6000 | 96.6000 | 934400 |
| 03/23/2007 | 96.9700 | 95.0000 | 96.6800 | 600200 |
| 03/22/2007 | 96.4500 | 94.4200 | 95.4300 | 878300 |
| 03/21/2007 | 96.1500 | 94.0500 | 94.9700 | 1973200 |
| 03/20/2007 | 95.9300 | 92.0000 | 93.5500 | 1617800 |
| 03/19/2007 | 96.9500 | 88.4000 | 94.0100 | 3434500 |
| 03/16/2007 | 88.5700 | 85.7500 | 88.0200 | 1265300 |
| 03/15/2007 | 87.9300 | 83.9300 | 87.4200 | 1294500 |
| 03/14/2007 | 85.9600 | 81.7600 | 85.6300 | 1337700 |
| 03/13/2007 | 87.9700 | 83.4200 | 83.9400 | 1285300 |
| 03/12/2007 | 89.6900 | 86.7900 | 87.8400 | 1426700 |
| 03/09/2007 | 90.9900 | 86.8600 | 87.6900 | 1055900 |
| 03/08/2007 | 89.6900 | 85.7700 | 89.0700 | 1782200 |
| 03/07/2007 | 85.1600 | 82.6200 | 83.7800 | 1877500 |
| 03/06/2007 | 84.5000 | 79.4200 | 83.4800 | 2288500 |
| 03/05/2007 | 80.0000 | 75.3700 | 77.8800 | 2555600 |
| 03/02/2007 | 82.6100 | 79.1400 | 81.4100 | 1717500 |
| 03/01/2007 | 82.1700 | 75.3900 | 80.2400 | 3868700 |
| 02/28/2007 | 82.5000 | 77.0000 | 80.4600 | 1812800 |
| 02/27/2007 | 85.0000 | 78.2200 | 78.9400 | 2263600 |
| 02/26/2007 | 87.3900 | 85.2400 | 86.1900 | 382200 |
| 02/23/2007 | 87.5000 | 85.8100 | 86.5100 | 534000 |
| 02/22/2007 | 87.8900 | 85.5000 | 86.1100 | 656800 |
| 02/21/2007 | 90.1900 | 85.7800 | 86.3900 | 1103000 |
| 02/20/2007 | 90.5400 | 85.5300 | 90.1800 | 1444000 |
| 02/19/2007 | NA | NA | NA | NA |
| 02/16/2007 | 87.4400 | 85.6625 | 86.3300 | 433200 |
| 02/15/2007 | 88.1100 | 85.8100 | 86.0600 | 671900 |
| 02/14/2007 | 88.2700 | 86.1800 | 87.7500 | 440300 |
| 02/13/2007 | 86.6500 | 84.8600 | 86.0800 | 980800 |
| 02/12/2007 | 86.2500 | 83.8000 | 84.8000 | 743500 |

| | | | |
|---|---|---|---|
| 02/09/2007 | 87.2200 | 85.2000 | 85.5000 | 696600 |
| 02/08/2007 | 86.7700 | 85.9700 | 86.2500 | 525700 |
| 02/07/2007 | 88.3800 | 86.0100 | 87.8000 | 393200 |
| 02/06/2007 | 89.1300 | 87.0500 | 87.9800 | 472700 |
| 02/05/2007 | 87.8100 | 86.2700 | 87.4800 | 317400 |
| 02/02/2007 | 86.9400 | 85.7000 | 86.7600 | 527600 |
| 02/01/2007 | 88.6700 | 86.1700 | 86.9300 | 583100 |
| 01/31/2007 | 86.9000 | 84.2000 | 85.4300 | 456900 |
| 01/30/2007 | 86.6500 | 84.0900 | 86.2600 | 591700 |
| 01/29/2007 | 86.5900 | 84.0800 | 84.4300 | 528700 |
| 01/26/2007 | 85.4000 | 83.2700 | 85.0100 | 554000 |
| 01/25/2007 | 86.7500 | 84.1200 | 84.4600 | 582300 |
| 01/24/2007 | 87.5000 | 85.0500 | 86.8000 | 952200 |
| 01/23/2007 | 85.2500 | 82.2000 | 84.8600 | 1027700 |
| 01/22/2007 | 83.9999 | 78.7800 | 82.0800 | 1623200 |
| 01/19/2007 | 79.0400 | 76.3600 | 78.7000 | 607900 |
| 01/18/2007 | 79.0000 | 76.8400 | 76.9300 | 480600 |
| 01/17/2007 | 78.9800 | 76.0000 | 78.1000 | 671300 |
| 01/16/2007 | 78.1300 | 76.1300 | 76.3500 | 575900 |
| 01/15/2007 | NA | NA | NA | NA |
| 01/12/2007 | 77.9000 | 75.9500 | 76.9100 | 483700 |
| 01/11/2007 | 77.8900 | 74.5200 | 77.0200 | 1021900 |
| 01/10/2007 | 75.5200 | 73.0000 | 75.2300 | 774500 |
| 01/09/2007 | 77.5600 | 73.7300 | 73.9300 | 1266900 |
| 01/08/2007 | 77.9700 | 75.9600 | 77.0900 | 813300 |
| 01/05/2007 | 78.5000 | 75.0800 | 75.3100 | 815400 |
| 01/04/2007 | 79.1300 | 76.6500 | 78.5500 | 605300 |
| 01/03/2007 | 80.9500 | 78.7200 | 79.0900 | 727700 |
| 01/02/2007 | NA | NA | NA | NA |
| 01/01/2007 | NA | NA | NA | NA |
| 12/29/2006 | 80.8300 | 78.7240 | 78.9500 | 481000 |
| 12/28/2006 | 81.7300 | 80.0500 | 80.2500 | 771600 |
| 12/27/2006 | 80.1700 | 77.6500 | 79.7000 | 642500 |
| 12/26/2006 | 77.5200 | 76.8600 | 77.5100 | 200200 |
| 12/25/2006 | NA | NA | NA | NA |
| 12/22/2006 | 77.3500 | 76.0000 | 76.8100 | 421500 |
| 12/21/2006 | 77.2600 | 76.4600 | 77.1900 | 401000 |
| 12/20/2006 | 77.5900 | 76.7900 | 76.9000 | 565400 |
| 12/19/2006 | 78.9200 | 75.0700 | 76.9900 | 695100 |
| 12/18/2006 | 77.9100 | 75.9600 | 77.0200 | 801200 |
| 12/15/2006 | 77.0800 | 75.7500 | 76.5400 | 828000 |
| 12/14/2006 | 78.2100 | 73.7000 | 76.0000 | 1487300 |
| 12/13/2006 | 80.2500 | 76.8500 | 77.1900 | 1113600 |

| | | | |
|---|---|---|---|
| 12/12/2006 | 82.1500 | 78.6600 | 79.9700 | 1211200 |
| 12/11/2006 | 81.5100 | 79.3500 | 81.1500 | 951400 |
| 12/08/2006 | 82.1400 | 81.1500 | 81.8000 | 552900 |
| 12/07/2006 | 82.1500 | 80.3500 | 81.8800 | 1329700 |
| 12/06/2006 | 82.6100 | 81.1000 | 81.1700 | 934500 |
| 12/05/2006 | 82.2900 | 80.5500 | 82.0500 | 979800 |
| 12/04/2006 | 82.7200 | 76.5500 | 81.7300 | 1936600 |
| 12/01/2006 | 77.6200 | 76.1285 | 77.2000 | 1246200 |
| 11/30/2006 | 77.3300 | 73.7000 | 76.0900 | 2849200 |
| 11/29/2006 | 73.9400 | 70.6200 | 73.0100 | 2113800 |
| 11/28/2006 | 68.4200 | 67.3700 | 68.2400 | 396600 |
| 11/27/2006 | 70.5126 | 68.0500 | 68.0700 | 494000 |
| 11/24/2006 | 70.7000 | 69.6096 | 70.2300 | 222200 |
| 11/23/2006 | NA | NA | NA | NA |
| 11/22/2006 | 70.9000 | 69.6600 | 69.9200 | 194700 |
| 11/21/2006 | 70.4000 | 68.5500 | 69.5200 | 674200 |
| 11/20/2006 | 68.4897 | 66.7000 | 68.4000 | 643400 |
| 11/17/2006 | 67.6300 | 66.0900 | 66.5400 | 340000 |
| 11/16/2006 | 67.9300 | 66.8000 | 67.3600 | 581900 |
| 11/15/2006 | 67.3500 | 66.2800 | 67.2500 | 581800 |
| 11/14/2006 | 67.9800 | 66.3300 | 66.6500 | 788900 |
| 11/13/2006 | 67.8000 | 66.0900 | 67.1600 | 564700 |
| 11/10/2006 | 66.3900 | 65.5100 | 65.9100 | 245900 |
| 11/09/2006 | 66.4900 | 65.5700 | 65.8600 | 504800 |
| 11/08/2006 | 65.6900 | 63.3000 | 65.5300 | 674200 |
| 11/07/2006 | 65.5000 | 64.7000 | 64.7900 | 433300 |
| 11/06/2006 | 65.4600 | 64.4000 | 64.9900 | 464700 |
| 11/03/2006 | 64.7100 | 63.7700 | 64.1700 | 336200 |
| 11/02/2006 | 65.3000 | 63.7700 | 64.7600 | 560400 |
| 11/01/2006 | 66.2290 | 64.5100 | 64.7500 | 424400 |
| 10/31/2006 | 66.5000 | 64.2601 | 65.9900 | 334900 |
| 10/30/2006 | 65.0000 | 63.8010 | 64.9700 | 332400 |
| 10/27/2006 | 66.0000 | 64.9000 | 65.0700 | 242900 |
| 10/26/2006 | 67.0337 | 65.5501 | 66.0600 | 437000 |
| 10/25/2006 | 66.3000 | 65.0300 | 66.0000 | 686800 |
| 10/24/2006 | 65.5700 | 63.5000 | 65.2500 | 710600 |
| 10/23/2006 | 63.8699 | 62.2800 | 63.6000 | 422300 |
| 10/20/2006 | 63.2500 | 61.5000 | 63.1600 | 418700 |
| 10/19/2006 | 63.2500 | 62.6700 | 63.0400 | 294400 |
| 10/18/2006 | 63.4000 | 62.5000 | 62.7500 | 618000 |
| 10/17/2006 | 63.5000 | 61.7700 | 62.2900 | 680000 |
| 10/16/2006 | 64.1600 | 62.7800 | 63.7000 | 716100 |
| 10/13/2006 | 63.8000 | 61.5700 | 63.1600 | 796400 |

| | | | | |
|---|---|---|---|---|
| 10/12/2006 | 62.2900 | 60.5500 | 62.1700 | 1063800 |
| 10/11/2006 | 61.1300 | 59.8500 | 60.3000 | 737800 |
| 10/10/2006 | 62.4890 | 60.5400 | 61.0200 | 689900 |
| 10/09/2006 | 62.0000 | 61.1600 | 61.6700 | 680100 |
| 10/06/2006 | 62.5100 | 61.1000 | 61.7500 | 468200 |
| 10/05/2006 | 63.1400 | 60.5000 | 62.6000 | 1073000 |
| 10/04/2006 | 61.2300 | 58.9100 | 61.1500 | 877500 |
| 10/03/2006 | 59.6000 | 58.3600 | 59.1700 | 684400 |
| 10/02/2006 | 61.0900 | 59.3601 | 59.9100 | 688800 |
| 09/29/2006 | 60.9900 | 59.5100 | 60.5900 | 550100 |
| 09/28/2006 | 61.7890 | 60.6500 | 60.9400 | 484400 |
| 09/27/2006 | 61.9900 | 60.0900 | 61.6700 | 1486600 |
| 09/26/2006 | 61.1500 | 59.8000 | 60.1400 | 2213600 |
| 09/25/2006 | 61.9900 | 59.9000 | 61.0100 | 1601600 |
| 09/22/2006 | 62.4400 | 60.3800 | 61.8500 | 1178300 |
| 09/21/2006 | 63.5100 | 62.3900 | 62.7800 | 1352800 |
| 09/20/2006 | 63.0000 | 61.0800 | 61.9000 | 1298700 |
| 09/19/2006 | 63.3600 | 61.7500 | 62.1900 | 1660700 |
| 09/18/2006 | 63.3500 | 62.5700 | 62.8300 | 1291400 |
| 09/15/2006 | 63.1500 | 61.1200 | 62.6200 | 1294000 |
| 09/14/2006 | 61.1500 | 60.0000 | 60.5100 | 902400 |
| 09/13/2006 | 61.2000 | 59.6400 | 61.0200 | 726100 |
| 09/12/2006 | 59.9200 | 58.3000 | 59.6500 | 1265800 |
| 09/11/2006 | 59.9100 | 57.8400 | 58.0200 | 1448800 |
| 09/08/2006 | 60.7900 | 57.8000 | 59.9000 | 1700400 |
| 09/07/2006 | 58.8900 | 58.0000 | 58.6100 | 839900 |
| 09/06/2006 | 60.5000 | 58.0400 | 58.7300 | 1332000 |
| 09/05/2006 | 60.0300 | 57.7500 | 60.0000 | 2544600 |
| 09/04/2006 | NA | NA | NA | NA |
| 09/01/2006 | 57.9000 | 55.1000 | 57.5900 | 3324500 |
| 08/31/2006 | 55.1000 | 54.0300 | 54.3200 | 1190900 |
| 08/30/2006 | 54.9000 | 53.7900 | 54.4500 | 2138700 |
| 08/29/2006 | 54.6000 | 51.3500 | 54.3200 | 3064300 |
| 08/28/2006 | 51.1600 | 50.1700 | 51.1300 | 610500 |
| 08/25/2006 | 50.4695 | 49.9800 | 50.2500 | 810800 |
| 08/24/2006 | 50.5500 | 49.9800 | 50.2700 | 650500 |
| 08/23/2006 | 50.5500 | 49.9200 | 50.4000 | 832100 |
| 08/22/2006 | 51.3300 | 49.9000 | 50.4400 | 1232600 |
| 08/21/2006 | 50.6500 | 48.3400 | 50.3500 | 1470000 |
| 08/18/2006 | 48.8500 | 48.0100 | 48.3900 | 721200 |
| 08/17/2006 | 50.0500 | 48.7500 | 48.9600 | 707900 |
| 08/16/2006 | 50.4800 | 49.9100 | 50.0000 | 524100 |
| 08/15/2006 | 49.9700 | 49.2600 | 49.5500 | 552700 |

| Date | High | Low | Close | Volume |
|---|---|---|---|---|
| 08/14/2006 | 50.9700 | 49.1700 | 49.4800 | 725900 |
| 08/11/2006 | 51.0800 | 50.1500 | 50.8500 | 499200 |
| 08/10/2006 | 50.7900 | 49.8300 | 50.6000 | 452600 |
| 08/09/2006 | 50.9900 | 49.0000 | 50.2600 | 1189800 |
| 08/08/2006 | 49.9600 | 48.6400 | 48.8500 | 450700 |
| 08/07/2006 | 50.0600 | 49.4800 | 49.5000 | 317900 |
| 08/04/2006 | 50.3400 | 49.5000 | 49.7900 | 636800 |
| 08/03/2006 | 49.4900 | 48.1400 | 49.2400 | 660000 |
| 08/02/2006 | 49.7500 | 48.2100 | 49.1500 | 878400 |
| 08/01/2006 | 48.4300 | 46.8600 | 47.7900 | 426200 |

**Summary Report**

| | High Price | Low Price | Closing Price | Trading Volume |
|---|---|---|---|---|
| **Average** | 83.3691 | 80.8407 | 82.1732 | 906146 |
| **High** | 118.5800 | | 117.0900 | 3868700 |
| **Low** | | 46.8600 | 47.7900 | 194700 |
| **Total** | | | | 229254900 |

Source: SunGard FAME

 

Print this Page    Download Spreadsheet

© 2007 SunGard. All rights reserved.