6-K 1 d6k.htm FORM 6-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

# FORM 6-K

---

**Report of Foreign Issuer**
**Pursuant to Rule 13a-16 or 15d-16 of**
**the Securities Exchange Act of 1934**

**For the month of May 2007**

**Commission File Number 1-14522**

---

# Open Joint Stock Company "Vimpel-Communications"
**(Translation of registrant's name into English)**

---

**10 Ulitsa 8-Marta, Building 14, Moscow, Russian Federation 127083**
**(Address of principal executive offices)**

---

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20-F or Form 40-F.

Form 20-F  [X]    Form 40-F  [   ]

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): _____.

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): _____.

Indicate by check mark whether by furnishing the information contained in this Form, the registrant is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Case 1:07-cv-04829-DC     Document 8-21     Filed 08/27/2007     Page 2 of 61

Yes  [   ]          No  [X]

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b): 82-_____.

---

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

OPEN JOINT STOCK COMPANY
"VIMPEL-COMMUNICATIONS"
(Registrant)

Date: May 25, 2007

By:     /s/ Alexander V. Izosimov
Name:   Alexander V. Izosimov
Title:  Chief Executive Officer and
        General Director

Case 1:07-cv-04829-DC    Document 8-21    Filed 08/27/2007    Page 3 of 61



| OISC<VimpelCom> | Phone | Fax |
| --- | --- | --- |
| 8 Marta str., 10, bldg. 14, 127083, Moscow, Russia | +7 (495) 725 0700 | +7 (495) 721 0017 |

**FOR IMMEDIATE RELEASE**

## VIMPELCOM ANNOUNCES FIRST QUARTER 2007
## FINANCIAL AND OPERATING RESULTS

**Moscow and New York (May 25, 2007) - Open Joint Stock Company "Vimpel-Communications" ("VimpelCom" or the "Company") (NYSE: VIP)**, a leading provider of wireless telecommunications services in Russia and the Commonwealth of Independent States (CIS) today announced its financial and operating results for the quarter ended March 31, 2007.

### Financial and Operating Highlights

- Net operating revenues reached $1,488.0 million in the first quarter, a year-on-year increase of 59.0% and a quarter-on-quarter increase of 2.5%.
- OIBDA reached $766.4 million, a year-on-year increase of 58.8%.
- OIBDA margin was 52.9% in Russia and 51.5% for the Company.
- Net income totaled $277.3 million, a year-on-year increase of 84.6%.
- Operating cash flow was $655.9 million, a year-on-year increase of 81.2%.
- ARPU was unchanged in Russia as compared with the previous quarter.
- Market share exceeded 50% in Kazakhstan.

Commenting on today's announcement, Alexander Izosimov, Chief Executive Officer of VimpelCom, said, "Our first quarter results were very strong with revenue, OIBDA, net income and cash flow all at record levels. We reported almost 60% year-on-year growth in revenue and OIBDA and almost 85% year-on-year growth in net income which is a remarkable achievement for a company of VimpelCom's size.

"On a sequential, quarter-on-quarter basis, our results were also very encouraging. Although the first quarter is the seasonally weakest quarter for revenue, we reported both revenue growth and substantially improved margins. It is a very good start to what we hope will become another successful year."

### Changes in definitions and reported data

The Company believes that active subscriber base data and the corresponding MOU and ARPU more accurately reflect the trends and competitive positions of the business. Accordingly, beginning with this press release, the relevant operating and financial results (*i.e.,* number of subscribers, ARPU and MOU) are reported on the basis of active subscribers.

The only exception is churn which we continue to calculate with regard to the registered subscriber base. Russian regulations require that telephone numbers should remain assigned to inactive subscribers for a period of six months. For uniformity, we will also use this approach in the countries of the CIS. Starting from this

**- more -**

*VimpelCom Announces First Quarter 2007 Financial And Operating Results*
*Page 2 of 8*

report we will publish churn numbers separately for each country where we have operated for more than one year.

For convenience, we will continue to report the registered subscriber base and the related figures, which are now defined as $MOU_{REG}$ and $ARPU_{REG}$, for comparable periods (see Attachment A for the definitions and refer to Attachment D for relevant data).

All the above-mentioned definitions refer to mobile subscribers. With the acquisition of Armentel, the Company also has fixed-line subscribers which are treated separately.

Attachments A, B, C and D present respectively
- definitions for certain terms used in this press release,
- the condensed consolidated financial statements of VimpelCom,
- tables with relevant reconciliations of non-U.S. GAAP financial measures to their most directly comparable U.S. GAAP financial measures, and
- certain reference data.

## Key Consolidated Financial and Operating Results

| | Three months | | | | |
| --- | --- | --- | --- | --- | --- |
| | 1Q2007 | 1Q2006 | Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
| Active subscribers | 45,784,400 | 40,025,100 | 14.4% | 45,547,700 | 0.5% |
| Fixed line subscribers | 607,400 | na | | 608,500 | -0.2% |
| Net operating revenues (US$,000) | 1,488,047 | 936,167 | 59.0% | 1,451,412 | 2.5% |
| OIBDA (US$, 000) | 766,417 | 482,607 | 58.8% | 689,825 | 11.1% |
| OIBDA margin | 51.5% | 51.6% | | 47.5% | |
| Gross margin (US$, 000) | 1,220,993 | 768,298 | 58.9% | 1,179,453 | 3.5% |
| Gross margin percentage | 82.1% | 82.1% | | 81.3% | |
| SG&A (US$, 000) | 439,467 | 282,925 | 55.3% | 478,423 | -8.1% |
| SG&A percentage | 29.5% | 30.2% | | 33.0% | |
| Net income (US$, 000) | 277,275 | 150,223 | 84.6% | 197,950 | 40.1% |
| Net income per share (US$) | 5.45 | 2.94 | | 3.89 | |
| Net income per ADS (US$) | 1.36 | 0.74 | | 0.97 | |

In the first quarter of 2007, VimpelCom invested approximately $303.5 million for the purchase of long-lived assets.

Consolidated figures represent the combined effect of the Company's operations in Russia, Kazakhstan, Ukraine, Uzbekistan, Tajikistan, Georgia and Armenia.

**- more -**

*VimpelCom Announces First Quarter 2007 Financial And Operating Results*
*Page 3 of 8*

**RUSSIA**

| | Three months | | | | |
| | 1Q2007 | 1Q2006 | Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
|---|---|---|---|---|---|
| Net operating revenues[*] (million US$) | 1,278.4 | 871.0 | 46.8% | 1,280.8 | -0.2% |
| including interconnect revenue | 170.7 | 46.8 | 264.7% | 167.8 | 1.7% |
| OIBDA (million US$) | 676.5 | 462.3 | 46.3% | 645.1 | 4.9% |
| OIBDA margin | 52.9% | 53.1% | | 50.3% | |
| Gross margin (million US$) | 1064.5 | 725.4 | 46.7% | 1061.1 | 0.3% |
| Gross margin percentage | 83.2% | 83.3% | | 82.8% | |
| SG&A (million US$) | 374.8 | 260.4 | 43.9% | 406.6 | -7.8% |
| SG&A percentage | 29.3% | 29.9% | | 31.7% | |
| Net income (million US$) | 280.4 | 155.0 | 80.9% | 222.2 | 26.2% |
| | | | | | |
| ARPU, (US$) | 10.9 | 7.8 | 39.7% | 10.9 | 0.0% |
| MOU, (min) | 160.9 | 132.0 | 21.9% | 157.9 | 1.9% |
| SAC (US$) | 22.1 | 13.9 | 59.0% | 21.8 | 1.4% |
| Active subscribers | 38,631,100 | 37,373,400 | 3.4% | 39,782,700 | -2.9% |
| Churn | 8.6% | 8.7% | | 10.0% | |
| Subscriber market share[**] | 31.2% | 33.9% | | 31.7% | |

[*]   Excluding inter-company transactions.

[**]   Subscriber market share data presented here and in the following country tables are published by independent organizations and are generally based on registered subscribers.

In Russia, a favorable business environment and conservative pricing resulted in essentially flat revenue in the first quarter of 2007 versus the fourth quarter of 2006. Stable revenue underscores the robustness of the Russian market as it was delivered in a seasonally weak quarter.

In January 2007, we tightened our definition of active subscribers excluding those who were included in the active base due only to a technical transaction. It was a one-time correction, and we believe it more correctly reflects the size of our base. As a result, our active subscriber base declined sequentially by 2.9%, somewhat supporting our ARPU which stayed flat. [To note, our $ARPU_{REG}$ also remained essentially flat on a sequential quarterly basis.]

Selling, general and administrative expenses (SG&A) as a percentage of net operating revenues improved on a sequential quarterly basis from 31.7% to 29.3% primarily due to a seasonal reduction in sales and marketing expenses. On a year-on-year basis it also improved, as compared with 29.9% reported for the first quarter of 2006. This improvement reflects the growing efficiency of our business and the increased scale of operations during the past 12 months.

The above-mentioned factors resulted in substantial improvements in the margins in the first quarter of 2007 as compared with the fourth quarter of 2006.

In the first quarter of 2007, VimpelCom invested approximately $199.5 million for the purchase of long-lived assets in Russia.

**- more -**

*VimpelCom Announces First Quarter 2007 Financial And Operating Results*
*Page 4 of 8*

## KAZAKHSTAN

| | 1Q2007 | 1Q2006 | Three months Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
|---|---|---|---|---|---|
| Net operating revenues[*] (million US$) | 118.9 | 54.0 | 120.2% | 112.4 | 5.8% |
| including interconnect revenue | 20.5 | 12.2 | 68.0% | 26.3 | -22.1% |
| OIBDA (million US$) | 62.0 | 21.9 | 183.1% | 35.7 | 73.7% |
| OIBDA margin | 51.9% | 40.3% | | 31.6% | |
| Gross margin (million US$) | 88.2 | 35.5 | 148.5% | 77.3 | 14.1% |
| Gross margin percentage | 73.9% | 65.3% | | 68.4% | |
| SG&A (million US$) | 25.4 | 13.5 | 88.1% | 40.2 | -36.8% |
| SG&A percentage | 21.3% | 24.8% | | 35.6% | |
| Net income[**] (million US$) | 13.1 | 3.9 | 235.9% | -4.4 | |
| | | | | | |
| ARPU, (US$) | 12.2 | 8.8 | 38.6% | 13.8 | -11.6% |
| MOU, (min) | 72.3 | 44.8 | 61.4% | 78.0 | -7.3% |
| SAC (US$) | 9.0 | 6.1 | 47.5% | 8.8 | 2.3% |
| Active subscribers | 3,501,300 | 2,123,100 | 64.9% | 3,052,900 | 14.7% |
| Churn | 5.5% | 6.9% | | 6.1% | |
| Subscriber market share | 50.2% | 40.6% | | 49.5% | |

[*]   Excluding inter-company transactions.
[**]   After minority interest.

In the first quarter of 2007, the Company continued the successful development of its Kazakhstan operations. We achieved triple-digit year-on-year growth in net operating revenues, OIBDA and net income. These figures also grew as compared with the fourth quarter of 2006 in spite of a modest seasonal decline in MOU and ARPU. Our market share reached a new high of 50.2% in an environment of increased activity by the third competitor.

Our gross margin was positively impacted by the change in interconnect accounting when 10 second rounding was introduced by the regulator. This change and seasonal reduction in SG&A expenses as compared with the previous quarter resulted in great improvements in margins, leading the OIBDA margin to 51.9%, the highest ever recorded by the Company in Kazakhstan.

During the first quarter of 2007 the tenge, the Kazakh currency, strengthened against the US dollar from 127.0 tenge per $1 to 123.8 tenge per $1. This strengthening resulted in a net foreign exchange gain of $10.5 million reflected in net income.

**- more -**

*VimpelCom Announces First Quarter 2007 Financial And Operating Results*
*Page 5 of 8*

## UKRAINE

| | 1Q2007 | 1Q2006 | Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
|---|---|---|---|---|---|
| | | | Three months | | |
| Net operating revenues[*] (US$, million) | 15.7 | 2.1 | 647.6% | 14.3 | 9.8% |
| including interconnect revenue | 5.4 | 0.7 | 671.4% | 4.5 | 20.0% |
| OIBDA (million US$) | -6.5 | -6.8 | | -10.5 | |
| Gross margin (million US$) | 9.5 | -0.4 | | 7.3 | 30.1% |
| Gross margin percentage | 58.3% | -19.0% | | 49.3% | |
| SG&A (million US$) | 16.0 | 6.4 | 150.0% | 17.6 | -9.1% |
| SG&A percentage | 98.2% | 304.8% | | 118.9% | |
| Net income (million US$) | -18.4 | -9.5 | | -21.5 | |
| | | | | | |
| ARPU, (US$) | 3.0 | 3.4 | -11.8% | 4.2 | -28.6% |
| MOU, (min) | 138.0 | 60.8 | 127.0% | 149.1 | -7.4% |
| SAC (US$) | 8.9 | 30.1 | -70.4% | 6.6 | 34.8% |
| Active subscribers | 1,953,200 | 144,000 | 1256.4% | 1,523,700 | 28.2% |
| Subscriber market share | 4.5% | 0.8% | | 3.8% | |

[*]    Excluding inter-company transactions.

The Company improved its position in Ukraine in the first quarter of 2007. Our market share grew from 3.8% to 4.5%, as our incremental market share (IMS) for the first quarter was more than 20%. In fact, our IMS grew in each month of the quarter and reached almost 45% in March. This indicates very good momentum in subscriber growth.

As compared with the previous quarter, we increased our active subscriber base by approximately 28.2% and net operating revenues by 9.8%. Gross margin was better than in the previous quarter and OIBDA, though still negative, is improving as well. Thus, the Company is making progress in Ukraine despite further deterioration of the difficult pricing environment that began in the fourth quarter of 2006. Our focus in Ukraine remains on building our subscriber base and growing market share, while striving towards breakeven OIBDA.

## UZBEKISTAN

| | 1Q2007 | 1Q2006 | Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
|---|---|---|---|---|---|
| | | | Three months | | |
| Net operating revenues[*] (million US$) | 18.0 | 8.9 | 102.2% | 15.8 | 13.9% |
| OIBDA (million US$) | 8.7 | 5.2 | 67.3% | 7.8 | 11.5% |
| OIBDA margin | 47.7% | 58.6% | | 49.1% | |
| Gross margin (million US$) | 15.2 | 7.7 | 97.4% | 13.9 | 9.4% |
| Gross margin percentage | 83.5% | 86.8% | | 87.1% | |
| SG&A (million US$) | 6.4 | 2.5 | 156.0% | 5.9 | 8.5% |
| SG&A percentage | 35.5% | 27.8% | | 37.3% | |

| | | | | | |
|---|---|---|---|---|---|
| Net income (million US$) | 2.5 | 1.0 | 150.0% | 0.4 | 525.0% |
| ARPU, (US$) | 6.7 | 16.6 | -59.6% | 9.8 | -31.6% |
| MOU, (min) | 242.2 | 453.5 | -46.6% | 268.8 | -9.9% |
| SAC (US$) | 3.7 | 20.6 | -82.0% | 5.8 | -36.2% |
| Active subscribers | 1,106,300 | 374,000 | 195.8% | 700,500 | 57.9% |
| Subscriber market share | 33.9% | 31.5% | | 28.2% | |

*) Excluding inter-company transactions.

**- more -**

*VimpelCom Announces First Quarter 2007 Financial And Operating Results*
*Page 6 of 8*

The Company made good progress in Uzbekistan in the first quarter of 2007. The number of active subscribers during the quarter grew by 57.9% in the first quarter of 2007 as compared to the fourth quarter of 2006. On a quarter-on-quarter and year-on-year basis, net operating revenues, OIBDA and net income grew while MOU and ARPU declined. ARPU in the first quarter declined due partially to seasonality, but also reflecting the impact of promotional pricing in this rapidly growing market.

Our key priorities in Uzbekistan are subscriber growth and network and infrastructure build-out, as the penetration rate in the country is still less than 15%.

### TAJIKISTAN

| | Three months | | | | |
|---|---|---|---|---|---|
| | 1Q2007 | 1Q2006 | Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
| Net operating revenues*) (million US$) | 2.85 | 0.18 | 1483.3% | 0.80 | 256.3% |
| including interconnect revenue | 0.21 | 0.00 | | 0.07 | 200.0% |
| OIBDA (million US$) | -0.34 | -0.05 | | -1.11 | |
| Gross margin (million US$) | 1.55 | 0.10 | 1450.0% | 0.37 | 318.9% |
| Gross margin percentage | 54.2% | 55.6% | | 45.1% | |
| SG&A (million US$) | 1.89 | 0.15 | 1160.0% | 1.48 | 27.7% |
| SG&A percentage | 66.1% | 83.3% | | 180.5% | |
| Net income**) (million US$) | -1.00 | -0.20 | | -1.11 | |
| | | | | | |
| ARPU, (US$) | 8.7 | 5.1 | 70.6% | 9.0 | -3.3% |
| MOU, (min) | 205.8 | 39.2 | 425.0% | 187.9 | 9.5% |
| SAC (US$) | 9.0 | 19.0 | -52.6% | 2.5 | 260.0% |
| Active subscribers | 145,300 | 10,700 | 1257.9% | 72,000 | 101.8% |
| Subscriber market share | 14.8% | 9.5% | | 8.9% | |

*)   Excluding inter-company transactions.

**)   After minority interest.

The explosive growth in Tajikistan which started in the fourth quarter of 2006 following the launch of the "Beeline" brand continued through the first quarter of 2007. The Company again reported triple-digit sequential growth in the number of active subscribers and net operating revenues. Market share growth in the first quarter of 2007 was also substantial, as it increased by approximately 6 percentage points.

- more -

*VimpelCom Announces First Quarter 2007 Financial And Operating Results*
*Page 7 of 8*

## NEW OPERATIONS

| | | Three months | |
| ARMENIA | 1Q 2007 | 4Q 2006**) | Change, 1Q07/4Q06 |
|---|---|---|---|
| Net operating revenues*) (million US$) | 54.07 | 27.37 | 97.6% |
| including mobile revenues | 19.83 | 10.45 | 89.8% |
| including fixed revenues | 34.24 | 16.92 | 102.4% |
| including interconnect revenues | 11.97 | 0.00 | |
| OIBDA (million US$) | 27.31 | 13.29 | 105.5% |
| OIBDA margin | 50.5% | 48.6% | |
| Net income***) (million US$) | 2.55 | 2.93 | -13.0% |
| Mobile active subscribers | 439,900 | 416,000 | 5.7% |
| ARPU, (US$) | 14.5 | 17.0 | -14.7% |
| MOU, (min) | 141.3 | 178.0 | -20.6% |
| Mobile subscriber market share | 37.3% | 38.2% | |
| Fixed subscribers | 607,400 | 608,500 | -0.2% |
| ARPU fixed (US$) | 18.8 | 18.5 | 1.6% |
| Total assets (million US$) | 624.8 | 622.6 | 0.4% |

*) Excluding inter-company transactions.

**) Figures in this column represent the results of operations after November 16, 2006, i.e. only the second half of the fourth quarter of 2006.

***) After minority interest.

VimpelCom completed the acquisition of 90% of Armentel on November 16, 2006 and the acquisition of the remaining 10% on April 18, 2007. We began to consolidate Armentel's results in our financial reporting from November 16, 2006. Therefore the first quarter of 2007 was the first full quarter of VimpelCom's operations in Armenia and we deferred a more detailed analysis of the results until next quarter.

Armentel operates both fixed-line and mobile networks. In Armenia, VimpelCom plans to enhance Armentel's position in the mobile market and continue to operate the fixed-line network, exploring fixed-to-mobile convergence opportunities.

VimpelCom acquired Mobitel, a Georgian GSM-1800 license holder, in July 2006. Since that time we have worked to organize our business in Georgia, build the network, infrastructure and distribution channels. The Company launched commercial operations on March 15, 2007.

The Company's management will discuss its first quarter results during a conference call and slide presentation on May 25, 2007 at 6:30 pm Moscow time (10:30 am ET in New York). The call and slide presentation may be accessed via webcast at the following URL address http://www.vimpelcom.com. The conference call replay and the slide presentation webcast will be available through June 1, 2007 and June 25, 2007, respectively. The slide presentation will also be available for download on VimpelCom's website http://www.vimpelcom.com.

The VimpelCom Group includes companies operating in Russia, Kazakhstan, Ukraine, Uzbekistan, Tajikistan, Georgia and Armenia. The VimpelCom Group's GSM and 3G license portfolio covers a territory with a population of about 250 million. This includes the entire territories of Russia, Kazakhstan, Ukraine, Uzbekistan, Tajikistan, Georgia and

Armenia. VimpelCom was the first Russian company to list its shares on the New York Stock Exchange ("NYSE"). VimpelCom's ADSs are listed on the NYSE under the symbol "VIP".

*Although the first quarter 2007 U.S. GAAP financial statements were approved by the requisite majority of our*

**- more -**

***VimpelCom Announces First Quarter 2007 Financial And Operating Results***
***Page 8 of 8***

*board, the three directors on our board who were nominated by our shareholder Telenor East Invest AS and who are officers of Telenor or its affiliates voted against approval.*

*This press release contains "forward-looking statements", as the phrase is defined in Section 27A of the Securities Act and Section 21E of the Exchange Act. These statements relate to the Company's strategic and development plans, including network development plans, and developments in the telecommunications markets in which the Company operates. These and other forward-looking statements are based on management's best assessment of the Company's strategic and financial position and of future market conditions and trends. These discussions involve risks and uncertainties. The actual outcome may differ materially from these statements as a result of unforeseen developments from competition, governmental regulation of the telecommunications industries in Russia and the CIS, general political uncertainties in Russia and the CIS and general economic developments in Russia and the CIS, the Company's ability to continue to grow its overall revenues and its subscriber base, continued volatility in the world economy and other factors. As a result of such risks and uncertainties, there can be no assurance that the effects of competition or current or future changes in the political, economic and social environment or current or future regulation of the Russian and CIS telecommunications industries will not have a material adverse effect on the VimpelCom Group. Certain factors that could cause actual results to differ materially from those discussed in any forward-looking statements include the risks described in the Company's Annual Report on Form 20-F for the year ended December 31, 2006 and other public filings made by the Company with the United States Securities and Exchange Commission, which risk factors are incorporated herein by reference. VimpelCom disclaims any obligation to update developments of these risk factors or to announce publicly any revision to any of the forward-looking statements contained in this release, or to make corrections to reflect future events or developments.*

For more information, please contact:

**Marine Babayan**                                          **Peter Schmidt/Michael Polyviou**
VimpelCom (Moscow)                                          Financial Dynamics
Tel: 7(495) 974-5888                                        Tel: 1(212) 850 5600
Investor_Relations@vimpelcom.com                            mpolyviou@fd-us.com

**- more -**

-Definitions and tables are attached –

**Attachment A: Definitions**

**Registered subscriber** is an authorized user of cellular services, using one SIM card (GSM/3G) with one or several selective numbers or one handset (DAMPS/CDMA) with one selective number. The number of subscribers includes employees using cellular services and excludes guest roamers and users of test SIM cards or handsets.

**Churn rate** is defined as the total number of registered subscribers disconnected from our network within a given period of time expressed as a percentage of the midpoint of subscribers in our network at the beginning and end of that period. Contract subscribers are disconnected if they have not paid their bills for 2 months and prepaid subscribers are disconnected 6 months after their services have been blocked. We typically block a prepaid subscriber's service in two cases: (1) their balance drops to $0 or below, and (2) an account shows no chargeable activity within 6 months. The Company retains the right to change its disconnect policy to reflect changes in business or regulatory environment.

**Active subscribers** are those subscribers in the registered subscriber base who were a party to a revenue generating activity in the past three months and remain in the base at the end of the reported period. Such activities include all incoming and outgoing calls, subscriber fee accruals, debits related to service, outgoing SMS, MMS, data transmission and receipt sessions, but do not include incoming SMS and MMS sent by our Company or abandoned calls.

**Prepaid subscribers** are those subscribers who pay for their services in advance.

**Fixed-line subscriber** is an authorized user of fixed-line communications services.

**OIBDA** is a non-U.S. GAAP financial measure. OIBDA, previously referred to as EBITDA by the Company, is defined as operating income before depreciation and amortization. The Company believes that OIBDA provides useful information to investors because it is an indicator of the strength and performance of our business operations, including our ability to finance capital expenditures, acquisitions and other investments and our ability to incur and service debt. While depreciation and amortization are considered operating costs under U.S. GAAP, these expenses primarily represent the non-cash current period allocation of costs associated with long-lived assets acquired or constructed in prior periods. Our OIBDA calculations are commonly used as bases for some investors, analysts and credit rating agencies to evaluate and compare the periodic and future operating performance and value of companies within the wireless telecommunications industry. OIBDA should not be considered in isolation as an alternative to net income, operating income or any other measure of performance under U.S. GAAP. OIBDA does not include our need to replace our capital equipment over time. Reconciliation of OIBDA to operating income, the most directly comparable U.S. GAAP financial measure, is presented below in the reconciliation tables section.

**OIBDA margin** is OIBDA expressed as a percentage of total net operating revenues. Reconciliation of OIBDA margin to operating income as a percentage of total net operating revenues, the most directly comparable U.S. GAAP financial measure, is presented below in the reconciliation tables section.

**Gross margin** is defined as total operating revenues less service costs and cost of handsets and accessories sold.

**Gross margin percentage** is gross margin expressed as a percentage of total operating revenues.

**Each ADS** represents 0.25 of one share of common stock. This ratio was established effective November 22, 2004.

**ARPU** (Monthly Average Revenue per User), a non-U.S. GAAP financial measure, is calculated for each month in the relevant period by dividing the Company's service revenue during that month, including roaming revenue and interconnect revenue, but excluding revenue from connection fees, sales of handsets and accessories and other non-service revenue, by the average number of the Company's active subscribers during the month. Reconciliation of ARPU to service revenues and connection fees, the most directly comparable U.S. GAAP financial measure, is presented below in the tables section. The Company believes that ARPU provides useful information to investors because it is an indicator of the performance of the Company's business operations and assists management in budgeting. The Company also believes that ARPU provides management with useful information concerning usage and acceptance of the Company's services. ARPU should not be viewed in isolation or an alternative to other figures reported under U.S. GAAP.

**ARPU$_{REG}$** is ARPU calculated with regard to the registered subscriber base.

**MOU** (Monthly Average Minutes of Use per User) is calculated for each month of the relevant period by dividing the total number of minutes of usage for incoming and outgoing calls during that month (excluding guest roamers) by the average number of active subscribers during the month.

$MOU_{REG}$ is MOU calculated with regard to the registered subscriber base.

**SAC** (Average Acquisition Cost Per User), a non-U.S. GAAP financial measure, is calculated as dealers' commissions (for sales and bonus for exclusivity[*]), advertising expenses and handset subsidies for the relevant period divided by the number of new subscribers added during the relevant period. Reconciliation of SAC to selling, general and administrative expenses, the most directly comparable U.S. GAAP financial measure, is presented below in the tables section. The Company believes that SAC in growing markets provides useful information to investors because it is an indicator of the performance of the Company's business operations and assists management in budgeting. The Company also believes that SAC assists management in quantifying the incremental costs to acquire a new subscriber. SAC should not be viewed in isolation or as an alternative to other figures reported under U.S. GAAP.

**Market share of subscribers for each relevant area is calculated by dividing the estimated number of our subscribers in Russia, Kazakhstan, Ukraine, Uzbekistan, Tajikistan and Armenia, respectively, by the total estimated number of subscribers in Russia, Kazakhstan, Ukraine, Uzbekistan, Tajikistan and Armenia, respectively. Market share data is published by consulting agencies specializing in the telecommunications industry in Russia and the CIS.**

[*]  *Dealers' bonus for exclusivity which, prior to the fourth quarter of 2006, we counted as a part of general and administrative expenses is now included in the dealers' commission expense. Historical numbers including SAC were recalculated accordingly.*

**Attachment B: VimpelCom financial statements**

**Open Joint Stock Company "Vimpel-Communications"**
**Unaudited Condensed Consolidated Statements of Operations**

| | Three months ended March 31, | |
|---|---|---|
| | **2007** | 2006 |
| | *(In thousands of US dollars, except per share (ADS) amounts)* | |
| **Operating revenues:** | | |
| Service revenues and connection fees | **US$1,486,192** | US$930,150 |
| Sales of handsets and accessories | **1,522** | 5,329 |
| Other revenues | **966** | 987 |
| **Total operating revenues** | **1,488,680** | 936,466 |
| Revenue based tax | **(633)** | (299) |
| Net operating revenues | **1,488,047** | 936,167 |
| **Operating expenses:** | | |
| Service costs | **265,326** | 162,919 |
| Cost of handsets and accessories sold | **1,728** | 4,950 |
| Selling, general and administrative expenses | **439,467** | 282,925 |
| Depreciation and amortization | **322,461** | 212,049 |
| Provision for doubtful accounts | **15,109** | 2,766 |
| Total operating expenses | **1,044,091** | 665,609 |
| **Operating income** | **443,956** | 270,558 |
| **Other income and expenses:** | | |
| Interest income | **4,652** | 1,392 |
| Other income | **2,177** | 2,104 |
| Interest expense | **(45,805)** | (43,173) |
| Other expense | **(12,991)** | (4,577) |
| Net foreign exchange gain | **16,729** | 5,579 |
| Total other income and expenses | **(35,238)** | (38,675) |
| **Income before income taxes, minority interest** | **408,718** | 231,883 |
| Income tax expense | **119,946** | 75,878 |
| Minority interest in net earnings of subsidiaries | **11,497** | 3,900 |
| **Income before cumulative effect of change in accounting principle** | **US$ 277,275** | US$152,105 |
| Cumulative effect of changes in accounting principle | **—** | (1,882) |
| **Net income** | **US$ 277,275** | US$150,223 |
| **Net income per common share** | **US$ 5.45** | US$ 2.94 |
| **Net income per ADS equivalent** | **US$ 1.36** | US$ 0.74 |
| **Weighted average common shares outstanding (thousands)** | **50,892** | 51,032 |

**Open Joint Stock Company "Vimpel-Communications"**
**Unaudited Condensed Consolidated Balance Sheets**

| | March 31, 2007 | December 31, 2006 |
|---|---|---|
| | (unaudited) | |
| | (In thousands of US dollars) | |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | US$ 738,554 | US$ 344,494 |
| Trade accounts receivable | 323,786 | 311,991 |
| Other current assets | 417,108 | 468,071 |
| Total current assets | 1,479,448 | 1,124,556 |
| Non-current assets | | |
| Property and equipment, net | 4,706,226 | 4,615,675 |
| Telecommunication licenses and allocation of frequencies, net | 907,806 | 924,809 |
| Goodwill | 802,087 | 775,223 |
| Other intangible assets, net | 247,734 | 257,917 |
| Other assets | 736,247 | 738,366 |
| Total non-current assets | 7,400,100 | 7,311,990 |
| **Total assets** | **US$8,879,548** | **US$8,436,546** |
| **Liabilities and shareholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | US$ 564,068 | US$ 671,532 |
| Due to related parties | 628 | 421 |
| Customer advances and deposits | 279,064 | 314,375 |
| Bank loans, current portion | 367,435 | 358,211 |
| Accrued liabilities | 377,212 | 267,437 |
| Total current liabilities | 1,588,407 | 1,611,976 |
| Deferred income taxes | 512,425 | 528,025 |
| Bank loans, less current portion | 2,126,311 | 1,980,726 |
| Equipment financing and other liabilities | 109,801 | 115,050 |
| Minority interest | 270,211 | 257,859 |
| Shareholders' equity | 4,272,393 | 3,942,910 |
| **Total liabilities and shareholders' equity** | **US$8,879,548** | **US$8,436,546** |

**Open Joint Stock Company "Vimpel-Communications"**
**Unaudited Condensed Consolidated Statements of Cash Flows**

| | Three months ended March 31, | |
|---|---|---|
| | 2007 | 2006 |
| | (In thousands of US dollars) | |
| **Net cash provided by operating activities** | **US$ 655,865** | US$ 361,887 |
| Purchase of property and equipment | **(325,676)** | (207,688) |
| Purchase of intangible assets | **(5,161)** | (6,043) |
| Acquisition of subsidiaries, net of cash | **—** | (252,522) |
| Late payments of purchase price for Armentel and Tacom | **(12,688)** | — |
| Purchase of other assets | **(62,054)** | (167,658) |
| **Net cash used in investing activities** | **(405,579)** | (633,911) |
| Proceeds from bank and other loans | **228,594** | 253,606 |
| Sale of treasury stock | **8,087** | 989 |
| Repayments of bank and other loans | **(75,974)** | (91,202) |
| Payments of fees in respect bank loans and debt issues | **(382)** | (1,581) |
| Repayment of equipment financing obligations | **(18,619)** | (21,701) |
| **Net cash provided by financing activities** | **141,706** | 140,111 |
| **Effect of exchange rate changes on cash and cash equivalents** | **2,068** | 6,281 |
| **Net increase (decrease) in cash and cash equivalents** | **394,060** | (125,632) |
| **Cash and cash equivalents at beginning of period** | **344,494** | 363,646 |
| **Cash and cash equivalents at end of period** | **US$ 738,554** | US$ 238,014 |
| **Supplemental cash flow information** | | |
| **Cash paid during the period:** | | |
| Income tax | **US$ 122,062** | US$ 57,074 |
| Interest | **25,813** | 27,898 |
| **Non-cash activities:** | | |
| Equipment acquired under financing agreements | **17,102** | — |
| Accounts payable for equipment and license | **140,413** | 149,749 |
| Accrued debt and equity offering costs | **—** | 480 |
| **Acquisitions:** | | |
| Fair value of assets acquired | **—** | 150,021 |
| Difference between the amount paid and the fair value of net assets acquired | **—** | 154,061 |
| Cash paid for the acquisition of subsidiaries | **—** | (260,974) |
| Liabilities assumed | **US$ —** | US$ (43,108) |

**Attachment C. Reconciliation tables (Unaudited)**

**CONSOLIDATED**

### Reconciliation of OIBDA
*(In thousands of US dollars)*

|  | Three months ended | | |
| --- | --- | --- | --- |
|  | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| **OIBDA** | **766,417** | **482,607** | **689,825** |
| Depreciation | (269,172) | (171,094) | (265,086) |
| Amortization | (53,289) | (40,955) | (50,095) |
| **Operating income** | **443,956** | **270,558** | **374,644** |

### Reconciliation of OIBDA Margin

|  | Three months ended | | |
| --- | --- | --- | --- |
|  | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| **OIBDA margin** | **51.5%** | **51.6%** | **47.5%** |
| Less: Depreciation as a percentage of net operating revenue | (18.1)% | (18.3)% | (18.3)% |
| Less: Amortization as a percentage of net operating revenue | (3.6)% | (4.4)% | (3.4)% |
| **Operating income as a percentage of net operating revenue** | **29.8%** | **28.9%** | **25.8%** |

**RUSSIA**

### Reconciliation of OIBDA in Russia
*(In thousands of US dollars)*

|  | Three months ended | | |
| --- | --- | --- | --- |
|  | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| **OIBDA** | **676,476** | **462,337** | **645,144** |
| Depreciation | (232,681) | (161,936) | (229,544) |
| Amortization | (28,536) | (24,977) | (27,091) |
| **Operating income** | **415,259** | **275,424** | **388,509** |

### Reconciliation of OIBDA Margin in Russia

|  | Three months ended | | |
| --- | --- | --- | --- |
|  | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| **OIBDA margin** | **52.9%** | **53.1%** | **50.3%** |
| Less: Depreciation as a percentage of net operating revenue | (18.2)% | (18.6)% | (17.9)% |

| | | | |
|---|---|---|---|
| Less: Amortization as a percentage of net operating revenue | (2.2)% | (2.9)% | (2.1)% |
| **Operating income as a percentage of net operating revenue** | **32.5%** | **31.6%** | **30.3%** |

### Reconciliation of SAC in Russia
*(In thousands of US dollars, except for SAC and subscriber amounts)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| Selling, general and administrative expenses | 374,757 | 260,398 | 406,642 |
| Less: General and administrative expenses | 284,977 | 184,591 | 298,222 |
| Sales and marketing expenses, *including* | 89,780 | 75,807 | 108,420 |
| *advertising & marketing expenses* | *43,132* | *33,704* | *59,892* |
| *dealers' commission expense* | *46,648* | *42,103* | *48,528* |
| New gross subscribers,'000 | 4,056 | 5,459 | 4,971 |
| **Subscriber Acquisition Cost (SAC) (US$)** | **22.1** | **13.9** | **21.8** |

### Reconciliation of ARPU in Russia
*(In thousands of US dollars, except for ARPU and subscriber amounts)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| Service revenue and connection fees | 1,276,754 | 864,767 | 1,276,276 |
| Less: Connection fees | 169 | 404 | 308 |
| Less: Revenue from rent of fiber-optic channels | 964 | 328 | 433 |
| Service revenue used to calculate ARPU | 1,275,621 | 864,035 | 1,275,535 |
| Average number of registered subscribers, '000 | 47,974 | 43,919 | 47,541 |
| **ARPU REG (US$)** | **8.9** | **6.6** | **8.9** |
| Average number of active subscribers,'000 | 39,021 | 36,784 | 39,102 |
| **ARPU (US$)** | **10.9** | **7.8** | **10.9** |

**KAZAKHSTAN**

### Reconciliation of OIBDA in Kazakhstan
*(In thousands of US dollars)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| **OIBDA** | **62,007** | **21,907** | **35,744** |
| Depreciation | (15,817) | (7,672) | (21,142) |
| Amortization | (9,154) | (8,785) | (9,134) |
| **Operating income** | **37,036** | **5,450** | **5,468** |

**Reconciliation of OIBDA Margin in Kazakhstan**
*(In thousands of US dollars)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| **OIBDA margin** | **51.9%** | **40.3%** | **31.6%** |
| Less: Depreciation as a percentage of net operating revenue | (13.2)% | (14.1)% | (18.7)% |
| Less: Amortization as a percentage of net operating revenue | (7.7)% | (16.2)% | (8.1)% |
| **Operating income as a percentage of net operating revenue** | **31.0%** | **10.0%** | **4.8%** |

**Reconciliation of SAC in Kazakhstan**
*(In thousands of US dollars, except for SAC and subscriber amounts)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| Selling, general and administrative expenses | 25,423 | 13,504 | 40,200 |
| Less: General and administrative expenses | 18,700 | 9,693 | 33,080 |
| Sales and marketing expenses, *including* | 6,723 | 3,811 | 7,120 |
| *advertising & marketing expenses* | *3,895* | *1,768* | *4,419* |
| *dealers' commission expense* | *2,828* | *2,043* | *2,701* |
| New gross subscribers,'000 | 744 | 623 | 809 |
| **Subscriber Acquisition Cost (SAC) (US$)** | **9.0** | **6.1** | **8.8** |

**Reconciliation of ARPU in Kazakhstan**
*(In thousands of US dollars, except for ARPU and subscriber amounts)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| Service revenue and connection fees | 119,399 | 54,382 | 112,963 |
| Less: Connection fees | 0 | 0 | 0 |
| Less: Revenue from rent of fiber-optic channels | 0 | 0 | 0 |
| Service revenue used to calculate ARPU | 119,399 | 54,382 | 112,963 |
| Average number of registered subscribers, '000 | 4,086 | 2,316 | 3,498 |
| **ARPU $_{REG}$ (US$)** | **9.7** | **7.8** | **10.8** |
| Average number of active subscribers,'000 | 3,271 | 2,070 | 2,728 |
| **ARPU (US$)** | **12.2** | **8.8** | **13.8** |

**UKRAINE**

### Reconciliation of OIBDA in Ukraine
*(In thousands of US dollars)*

| | Three months ended | | |
|---|---|---|---|
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| **OIBDA** | **(6,518)** | **(6,814)** | **(10,546)** |
| Depreciation | (3,203) | (76) | (4,325) |
| Amortization | (5,210) | (4,692) | (5,722) |
| **Operating income** | **(14,931)** | **(11,582)** | **(20,593)** |

### Reconciliation of SAC in Ukraine
*(In thousands of US dollars, except for SAC and subscriber amounts)*

| | Three months ended | | |
|---|---|---|---|
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| Selling, general and administrative expenses | 15,980 | 6,397 | 17,624 |
| Less: General and administrative expenses | 10,844 | 5,765 | 11,346 |
| Sales and marketing expenses, *including* | 5,136 | 632 | 6,278 |
| *advertising & marketing expenses* | *4,158* | *632* | *5,144* |
| *dealers' commission expense* | *978* | *0* | *1,134* |
| New gross subscribers,'000 | 578 | 21 | 948 |
| **Subscriber Acquisition Cost (SAC) (US$)** | **8.9** | **30.1** | **6.6** |

### Reconciliation of ARPU in Ukraine
*(In thousands of US dollars, except for ARPU and subscriber amounts)*

| | Three months ended | | |
|---|---|---|---|
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| Selling, general and administrative expenses | 15,980 | 6,397 | 17,624 |
| Less: General and administrative expenses | 10,844 | 5,765 | 11,346 |
| Sales and marketing expenses, *including* | 5,136 | 632 | 6,278 |
| *advertising & marketing expenses* | *4,158* | *632* | *5,144* |
| *dealers' commission expense* | *978* | *0* | *1,134* |
| New gross subscribers,'000 | 578 | 21 | 948 |
| **Subscriber Acquisition Cost (SAC) (US$)** | **8.9** | **30.1** | **6.6** |
| **ARPU (US$)** | **3.0** | **3.4** | **4.2** |

**UZBEKISTAN**

## Reconciliation of OIBDA in Uzbekistan
### *(In thousands of US dollars)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| **OIBDA** | **8,664** | **5,227** | **7,815** |
| Depreciation | (3,097) | (1,374) | (2,720) |
| Amortization | (3,383) | (2,084) | (3,378) |
| **Operating income** | **2,184** | **1,769** | **1,717** |

## Reconciliation of OIBDA Margin in Uzbekistan

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| **OIBDA margin** | **47.7%** | **58.6%** | **49.1%** |
| Less: Depreciation as a percentage of net operating revenue | (17.0)% | (15.4)% | (17.1)% |
| Less: Amortization as a percentage of net operating revenue | (18.6)% | (23.4)% | (21.2)% |
| **Operating income as a percentage of net operating revenue** | **12.0%** | **19.8%** | **10.8%** |

## Reconciliation of SAC in Uzbekistan
### *(In thousands of US dollars, except for SAC and subscriber amounts)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| Selling, general and administrative expenses | 6,442 | 2,476 | 5,933 |
| Less: General and administrative expenses | 4,630 | 1,858 | 4,287 |
| Sales and marketing expenses, *including* | 1,812 | 618 | 1,646 |
| *advertising & marketing expenses* | 699 | 310 | 767 |
| *dealers' commission expense* | *1,113* | *308* | *879* |
| New gross subscribers,'000 | 488 | 30 | 284 |
| **Subscriber Acquisition Cost (SAC) (US$)** | **3.7** | **20.6** | **5.8** |

**Reconciliation of ARPU in Uzbekistan**
*(In thousands of US dollars, except for ARPU and subscriber amounts)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| Service revenue and connection fees | 18,778 | 9,207 | 16,446 |
| Less: Connection fees | 0 | 0 | 0 |
| Less: Revenue from rent of fiber-optic channels | 0 | 0 | 0 |
| Service revenue used to calculate ARPU | 18,778 | 9,207 | 16,446 |
| Average number of registered subscribers, '000 | 980 | 273 | 625 |
| **ARPU $_{REG}$ (US$)** | **6.4** | **11.2** | **8.8** |
| Average number of active subscribers,'000 | 930 | 185 | 558 |
| **ARPU (US$)** | **6.7** | **16.6** | **9.8** |

**TAJIKISTAN**

**Reconciliation of OIBDA in Tajikistan**
*(In thousands of US dollars)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| **OIBDA** | **(343)** | **(50)** | **(1,112)** |
| Depreciation | (345) | (37) | (204) |
| Amortization | (158) | (416) | (69) |
| **Operating income** | **(846)** | **(503)** | **(1,385)** |

**Reconciliation of SAC in Tajikistan**
*(In thousands of US dollars, except for SAC and subscriber amounts)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| Selling, general and administrative expenses | 1,894 | 149 | 1,485 |
| Less: General and administrative expenses | 1,199 | 145 | 1,325 |
| Sales and marketing expenses, *including* | 695 | 3.8 | 160 |
| *advertising & marketing expenses* | 305 | 3.8 | 91 |
| *dealers' commission expense* | 390 | 0 | 69 |
| New gross subscribers,'000 | 77 | 0.2 | 65 |
| **Subscriber Acquisition Cost (SAC) (US$)** | **9.0** | **19.0** | **2.5** |

**Reconciliation of ARPU in Tajikistan**
*(In thousands of US dollars, except for ARPU and subscriber amounts)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| Service revenue and connection fees | 2,891 | 185 | 840 |
| Less: Connection fees | 0 | 0 | 0 |
| Less: Revenue from rent of fiber-optic channels | 0 | 0 | 0 |
| Service revenue used to calculate ARPU | 2,891 | 185 | 840 |
| Average number of registered subscribers, '000 | 113 | 27 | 36 |
| **ARPU $_{REG}$ (US$)** | **8.5** | **2.3** | **7.8** |
| Average number of active subscribers,'000 | 111 | 12 | 31 |
| **ARPU (US$)** | **8.7** | **5.1** | **9.0** |

**ARMENIA**

**Reconciliation of OIBDA in Armenia**
*(In thousands of US dollars)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| **OIBDA** | **27,309** | **na** | **13,290** |
| Depreciation | (13,941) | na | (7,148) |
| Amortization | (5,865) | na | (3,928) |
| **Operating income** | **7,503** | **na** | **2,214** |

**Reconciliation of OIBDA Margin in Armenia**

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| **OIBDA margin** | **50.4%** | **na** | **48.6%** |
| Less: Depreciation as a percentage of net operating revenue | (25.7)% | na | (26.1)% |
| Less: Amortization as a percentage of net operating revenue | (10.8)% | na | (14.4)% |
| **Operating income as a percentage of net operating revenue** | **13.9%** | **na** | **8.1%** |

**Reconciliation of mobile ARPU in Armenia**
*(In thousands of US dollars, except for ARPU and subscriber amounts)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| Service revenue and connection fees | 19,912 | na | 10,451 |
| Less: Connection fees | 129 | na | 0 |
| Less: Revenue from rent of fiber-optic channels | 0 | na | 0 |
| Service revenue used to calculate ARPU | 19,783 | na | 10,451 |
| Average number of registered subscribers, '000 | 468 | na | 445 |
| **ARPU $_{REG}$ (US$)** | **14.1** | **na** | **15.7** |
| Average number of active subscribers,'000 | 456 | na | 409 |
| **ARPU (US$)** | **14.5** | **na** | **17.0** |

**Reconciliation of fixed ARPU in Armenia**
*(In thousands of US dollars, except for ARPU and subscriber amounts)*

| | Three months ended | | |
| --- | --- | --- | --- |
| | March 31, 2007 | March 31, 2006 | December 31, 2006 |
| Service revenue and connection fees | 34,242 | na | 16,922 |
| Less: Connection fees | 0 | na | 0 |
| Service revenue used to calculate ARPU | 34,242 | na | 16,922 |
| Average number of subscribers,'000 | 607 | na | 609 |
| **Average revenue per subscriber per month (US$)** | **18.8** | **na** | **18.5** |

**Attachment D. Additional reference data**
**Operating and Financial Indicators**

**CONSOLIDATED**

| | | Three months | | |
| | 1Q2007 | 1Q2006 | Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
|---|---|---|---|---|---|
| Registered mobile subscribers | 56,805,600 | 48,052,800 | 18.2% | 55,135,700 | 3.0% |
| Registered fixed subscribers | 607,400 | na | | 608,500 | -0.2% |

**RUSSIA**

| | | Three months | | |
| | 1Q2007 | 1Q2006 | Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
|---|---|---|---|---|---|
| Registered subscribers | 48,345,300 | 44,814,000 | 7.9% | 48,141,200 | 0.4% |
| $ARPU_{REG,}$ (US$) | 8.9 | 6.6 | 34.8% | 8.9 | 0.0% |
| $MOU_{REG,}$ (min) | 130.9 | 110.6 | 18.4% | 129.8 | 0.8% |

**KAZAKHSTAN**

| | | Three months | | |
| | 1Q2007 | 1Q2006 | Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
|---|---|---|---|---|---|
| Registered subscribers | 4,345,649 | 2,512,700 | 72.9% | 3,826,500 | 13.6% |
| $ARPU_{REG,}$ (US$) | 9.7 | 7.8 | 24.4% | 10.8 | -10.2% |
| $MOU_{REG,}$ (min) | 57.9 | 40.0 | 44.8% | 60.8 | -4.8% |

**UKRAINE**

| | | Three months | | |
| | 1Q2007 | 1Q2006 | Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
|---|---|---|---|---|---|
| Registered subscribers | 2,331,300 | 278,000 | 738.6% | 1,876,100 | 24.3% |
| $ARPU_{REG,}$ (US$) | 2.5 | 2.6 | -3.8% | 3.4 | -26.5% |
| $MOU_{REG,}$ (min) | 114.7 | 47.3 | 142.5% | 122.4 | -6.3% |

**UZBEKISTAN**

| | | Three months | | |
| | 1Q2007 | 1Q2006 | Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
|---|---|---|---|---|---|
| Registered subscribers | 1,147,200 | 421,400 | 172.2% | 766,500 | 49.7% |

| | 1Q2007 | 1Q2006 | Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
|---|---|---|---|---|---|
| $ARPU_{REG,}$ (US$) | 6.4 | 11.2 | -42.9% | 8.8 | -27.3% |
| $MOU_{REG,}$ (min) | 229.9 | 307.3 | -25.2% | 240.1 | -4.2% |

**TAJIKISTAN**

| | Three months | | | | |
|---|---|---|---|---|---|
| | 1Q2007 | 1Q2006 | Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
| Registered subscribers | 149,900 | 26,700 | 461.4% | 73,400 | 104.2% |
| $ARPU_{REG,}$ (US$) | 8.5 | 2.3 | 269.6% | 7.8 | 9.0% |
| $MOU_{REG,}$ (min) | 201.2 | 17.0 | 1083.5% | 160.8 | 25.1% |

**ARMENIA**

| | 1Q2007 | 1Q2006 | Three months Change, 1Q07/1Q06 | 4Q2006 | Change, 1Q07/4Q06 |
|---|---|---|---|---|---|
| Registered subscribers | 478,000 | na | | 452,000 | 5.8% |
| $ARPU_{REG,}$ (US$) | 14.1 | na | | 15.7 | -10.2% |
| $MOU_{REG,}$ (min) | 137.6 | na | | 163.7 | -15.9% |

Case 1:07-cv-04829-DC     Document 8-21     Filed 08/27/2007     Page 31 of 61



May 25, 2007

# Disclaimer



This presentation contains "forward-looking statements", as the phrase is defined in Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. These statements relate, in part, to the Company's strategy and development plans, such as growth in terms of subscribers, ARPU and revenues as well as acquisitions and expansion into new business areas. The forward-looking statements are based on management's best assessment of the Company's strategic and financial position, and future market conditions and trends. These discussions involve risks and uncertainties. The actual outcome may differ materially from these statements as a result of risks and uncertainties relating to developments from competition, governmental regulations of the wireless telecommunications industry, general political uncertainties in Russia and the CIS, general economic developments in Russia and the CIS, and/or litigation with third parties or our shareholders (including Telenor). The actual outcome may also differ materially if the Company is unable to obtain all necessary corporate approvals relating to its business (including approval of funding, specific transactions and payment of dividends), and other factors. There can be no assurance that these risks and uncertainties will not have a material adverse effect on the Company, that the Company will be able to grow or that it will be successful in executing its strategy and development plans. Certain factors that could cause actual results to differ materially from those discussed in any forward-looking statements include the risks described in the Company's Annual Report on Form 20-F for the year ended December 31, 2006 and other public filings made by the Company with the United States Securities and Exchange Commission, which risk factors are incorporated herein by reference. The Company disclaims any obligation to update developments of these risk factors or to announce publicly any revision to any of the forward-looking statements contained in this release, or to make corrections to reflect future events or developments.



Welcome Remarks

**Alexander Izosimov, Chief Executive Officer**





# Strong Balance Sheet



**Beeline**™

### Assets and Liabilities, $ mln



| ($ mln) | 03/31/07 | 12/31/06 | 12/31/05 |
|---|---|---|---|
| **Cash and Cash Equivalents** | 739 | 344 | 364 |
| **Total Assets** | 8,880 | 8,437 | 6,307 |
| **Total Debt** | 2,643 | 2,489 | 1,998 |
| *-Short-term* | *438* | *424* | *421* |
| *-Long-term* | *2,205* | *2,065* | *1,577* |
| **Shareholders' Equity** | 4,272 | 3,943 | 2,741 |
| **LTM OIBDA*** | 2,736 | 2,452 | 1,571 |
| *- LTM Depreciation and amortization* | *1,165* | *1,055* | *593* |
| *- LTM Operating Income* | *1,571* | *1,397* | *978* |
| **LTM Interest** | 189 | 186 | 147 |
| *Debt/Equity* | *0.6* | *0.6* | *0.7* |
| *Debt/OIBDA*** | *1.0* | *1.0* | *1.3* |
| *OIBDA/Interest* | *14.5* | *13.2* | *10.7* |
| *Debt/Assets* | *0.3* | *0.3* | *0.3* |

*\*LTM OIBDA constitutes the sum of the lines: LTM Operating income and LTM*
*  Depreciation and amortization*
*LTM stands for "last twelve months" to reporting date*
*\* \* In cases when OIBDA is part of financial ratios it is deemed to be calculated in*

*accordance with the reconciliation tables herein*



# Russia and CIS License Footprint

Beeline™

**Ukraine**
Population: 47.6 mln.
**Acquired: Nov. 2005**
Penetration 105%
GDP* 7,600

**Belarus**
Population: 10.3 mln.
Penetration 63%
GDP* 7,800

**Russia**
Population: 145.2 mln.
Penetration 107%
GDP* 12,100

**Moldova**
Population: 4.5 mln.
Penetration 39%
GDP* 2,000

**Georgia**
Population: 4.7 mln.
**Acquired: Jul. 2006**
Penetration 46%
GDP* 3,800

**Armenia**
Population: 3.2 mln.
**Acquired: Nov. 2006**
Penetration 40%
GDP* 5,400

**Azerbaijan**
Population: 8.0 mln.
Penetration 44%
GDP* 7,300

**Turkmenistan**
Population: 5.0 mln.
Penetration 4%
GDP* 8,900

**Uzbekistan**

**Russia**

**Tajikistan**

**Kyrgyzstan**
Population: 5.2 mln.
Penetration 25%
GDP* 2,000

**Kazakhstan**
Population: 15.0 mln.
**Acquired: Sept. 2004**
Penetration 58%
GDP* 9,100

2G & 3G licenses

3G license only





# Operating Highlights: Russia

Beeline

### Active Subscriber Base, mln

| 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06 | 1Q07 |
|------|------|------|------|------|------|
| 35.9 | 37.4 | 38.2 | 38.8 | 39.8 | 38.6 |

### Subscriber Market Share[*]

MTS: 35% 35% 34% 34% 34% 33%
VimpelCom: 34% 34% 33% 32% 32% 31%
MegaFon: 19% 18% 18% 19% 19% 20%
Others: 12% 13% 14% 14% 15% 16%

■ MTS    ■ VimpelCom    ■ MegaFon    ■ Others

### ARPU (US$)

8.4    7.8    9.0    10.6    10.9    10.9

### MOU (min)

131    132    141    152    158    161



# Financial Highlights: Russia

**Net Revenues, $ mln**

4Q 05: 859
1Q 06: 871
2Q 06: 1,021
3Q 06: 1,228
4Q 06: 1,281
1Q07: 1,278 (+46.8%)

**OIBDA, $ mln**

4Q 05: 404
1Q 06: 462
2Q 06: 530
3Q 06: 666
4Q 06: 645
1Q07: 677 (+46.3%)

**CAPEX, $ mln**

623
146
297
226
380
200

**CAPEX / Revenue, LTM**

49.4%
41.6%
36.1%
32.5%
23.9%
22.9%



# Operating Highlights: Kazakhstan

Active Subscriber Base, mln

Subscriber Market Share[*]

ARPU (US$)

MOU (min)

# Financial Highlights: Kazakhstan

**Beeline™**



Net Revenues, $ mln

+120.2%

| 4Q 05 | 1Q 06 | 2Q 06 | 3Q 06 | 4Q 06 | 1Q07 |
|-------|-------|-------|-------|-------|------|
| 49 | 54 | 80 | 104 | 112 | 119 |



OIBDA, $ mln

+183.1%

| 4Q 05 | 1Q 06 | 2Q 06 | 3Q 06 | 4Q 06 | 1Q07 |
|-------|-------|-------|-------|-------|------|
| 17 | 22 | 34 | 49 | 36 | 62 |



CAPEX, $ mln

| 57 | 36 | 37 | 55 | 49 | 31 |
|----|----|----|----|----|----|



CAPEX / Revenue, LTM

77.5%  80.9%  69.3%  64.2%  50.2%  41.2%



# Operating and Financial Highlights: Ukraine

Beeline™

**Active Subscriber Base, mln**

| 4Q 05 | 1Q 06 | 2Q 06 | 3Q 06 | 4Q 06 | 1Q07 |
|-------|-------|-------|-------|-------|------|
| 0.3 | 0.1 | 0.5 | 0.8 | 1.5 | 2.0 |

**Net Revenues, $ mln**

+647.6%

| 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06 | 1Q07 |
|------|------|------|------|------|------|
| 2.0 | 2.1 | 5.8 | 11.5 | 14.3 | 15.7 |

**ARPU (US$)**

| 4.3 | 3.4 | 5.9 | 6.7 | 4.2 | 3.0 |

**MOU (min)**

| 36 | 61 | 172 | 168 | 149 | 138 |

# Operating and Financial Highlights: Uzbekistan







# Operating and Financial Highlights: Armenia

**Active Subscriber Base, mln**

**Net Revenues, $ mln**

**ARPU (US$)**

**MOU (min)**

Fixed ARPU    Mobile ARPU active base

# Strategy Going Forward



Beeline™

**Extract maximum value in the Russian business**

• Grow ARPUs and customer loyalty through pricing excellence and new VAS

• Strengthen corporate segment

• Develop strong, situation-specific value propositions in local markets

• Explore consolidation opportunities

**Grow the business in the CIS**

• Focus on subscriber growth

• Leverage unified business platform developed in Russia

• Pursue acquisitions in remaining markets

**Capture attractive opportunities to expand into new business areas**

• Opportunistically explore deals outside of the CIS

• Develop business in backbone wholesale and residential broadband

• Build new digital service businesses, including media, mobile TV, payment services, etc.

• Explore new technologies and business platforms

**Drive operations and investment efficiency**
• Re-balance focus from speed to efficiency and enhance cost transparency as markets mature
• Avoid head-count growth in mature operations
• Drive procurement excellence
• Optimize capex decisions at a granular level and continuously improve marketing spend efficiency

**Build and sustain strong management capabilities**
• Offer an open and transparent, meritocracy-based environment
• Use a global approach to hiring

• Develop best-in-class individual development and coaching mechanisms
• Ensure competitive, performance-based compensation packages

# VimpelCom's AGM



- The AGM has been set for June 29, 2007 with 10 candidates vying for 9 board seats.  The record date is May 14 and the cut-off date for ADR holders voting is June 25, 2007.

- Shareholder materials are available on the Company's website at the address:

   www.vimpelcom.com/investor/shareholder/index.wbp

# Summary



- Continued strong financial performance on the consolidated level.

- Flat revenue in Russia compared with the fourth quarter of 2006 confirms ongoing strength of the Russian market.

- CIS becomes increasingly important, behind strong subscriber growth and improvements in OIBDA margin.

# Questions and Answers



If you would like to ask a question, please press the star key followed by the digit one on your touch-tone telephone.

Due to time constraints, we ask that you limit yourselves to one question and one follow-up question.

If you are using a speakerphone, please make sure your mute button is turned off to allow your signal to reach the equipment.

----------

Thank you for your interest in VimpelCom
For more information please visit www.vimpelcom.com or contact
Investor_Relations@vimpelcom.com



**Reconciliation Tables of non-U.S. GAAP Measures to Their Most Directly Comparable U.S. GAAP Financial Measures**

# Reconciliation of OIBDA and OIBDA Margin (Unaudited)

**Beeline™**

| ($'000) | Three months ended | | | | | |
| | March 31, 2007 | Dec 31, 2006 | Sept 30, 2006 | June 30, 2006 | March 31, 2006 | Dec 31, 2005 |
|---|---|---|---|---|---|---|
| *Reconciliation of OIBDA to operating income* | | | | | | |
| **OIBDA** | 766,417 | 689,825 | 717,796 | 561,555 | 482,607 | 419,692 |
| Depreciation | (269,172) | (265,086) | (243,593) | (194,845) | (171,094) | (143,425) |
| Amortization | (53,289) | (50,095) | (45,648) | (43,148) | (40,955) | (39,040) |
| **Operating Income** | 443,956 | 374,644 | 428,555 | 323,562 | 270,558 | 237,227 |
| *Reconciliation of OIBDA margin to operating income as percentage of net operating revenue* | | | | | | |
| **OIBDA margin** | 51.5% | 47.5% | 52.8% | 50.1% | 51.6% | 46.1% |
| Less: Depreciation as % of net operating revenues | (18.1%) | (18.3%) | (17.9%) | (17.4%) | (18.3%) | (15.7%) |
| Less: Amortization as % of net operating revenues | (3.6%) | (3.4%) | (3.4%) | (3.9%) | (4.4%) | (4.3%) |
| **Operating Income** | 29.8% | 25.8% | 31.5% | 28.8% | 28.9% | 26.1% |

# Reconciliation of OIBDA and OIBDA Margin in Russia (Unaudited)

| ($'000) | Three months ended | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | March 31, 2007 | Dec 31, 2006 | Sept 30, 2006 | June 30, 2006 | March 31, 2006 | Dec 31, 2005 |
| *Reconciliation of OIBDA to operating income* | | | | | | |
| **OIBDA** | **676,476** | **645,144** | **666,354** | **529,704** | **462,337** | **404,113** |
| Depreciation | (232,681) | (229,544) | (221,973) | (182,684) | (161,936) | (135,740) |
| Amortization | (28,536) | (27,091) | (26,429) | (25,657) | (24,977) | (27,998) |
| **Operating Income** | **415,259** | **388,509** | **417,952** | **321,363** | **275,424** | **240,375** |
| *Reconciliation of OIBDA margin to operating income as percentage of net operating revenue* | | | | | | |
| **OIBDA margin** | **52.9%** | **50.3%** | **54.2%** | **51.9%** | **53.1%** | **47.0%** |
| Less: Depreciation as % of net operating revenues | (18.2%) | (17.9%) | (18.0%) | (17.9%) | (18.6%) | (15.7%) |
| Less: Amortization as % of net operating revenues | (2.2%) | (2.1%) | (2.2%) | (2.5%) | (2.9%) | (3.3%) |
| **Operating Income** | **32.5%** | **30.3%** | **34.0%** | **31.5%** | **31.6%** | **28.0%** |

# Reconciliation of OIBDA and OIBDA Margin in Kazakhstan (Unaudited)

Beeline™

| ($'000) | Three months ended | | | | | |
| | March 31, 2007 | Dec 31, 2006 | Sept 30, 2006 | June 30, 2006 | March 31, 2006 | Dec 31, 2005 |
|---|---|---|---|---|---|---|
| *Reconciliation of OIBDA to operating income* | | | | | | |
| **OIBDA** | **62,007** | **35,744** | **49,023** | **33,908** | **21,907** | **16,979** |
| Depreciation | (15,817) | (21,142) | (17,981) | (9,363) | (7,672) | (7,655) |
| Amortization | (9,154) | (9,134) | (9,550) | (9,324) | (8,785) | (8,245) |
| **Operating Income** | **37,036** | **5,468** | **21,492** | **15,221** | **5,450** | **1,079** |
| *Reconciliation of OIBDA margin to operating income as percentage of net operating revenue* | | | | | | |
| **OIBDA margin** | **51.9%** | **31.6%** | **47.0%** | **42.2%** | **40.3%** | **34.2%** |
| Less: Depreciation as % of net operating revenues | (13.2%) | (18.7%) | (17.2%) | (11.7%) | (14.1%) | (15.4%) |
| Less: Amortization as % of net operating revenues | (7.7%) | (8.1%) | (9.2%) | (11.5%) | (16.2%) | (16.6%) |
| **Operating Income** | **31.0%** | **4.8%** | **20.6%** | **19.0%** | **10.0%** | **2.2%** |

# Reconciliation of ARPU in Russia (Unaudited)


Beeline™

| ($'000) | Three months ended | | | | | |
| | March 31, 2007 | Dec 31, 2006 | Sept 30, 2006 | June 30, 2006 | March 31, 2006 | Dec 31, 2005 |
|---|---|---|---|---|---|---|
| | *Reconciliation of ARPU to service revenue and connection fees* | | | | | |
| **Service revenue and connection fees** | **1,276,754** | **1,276,276** | **1,223,681** | **1,014,810** | **864,767** | **849,775** |
| Less: Connection fees | 169 | 308 | 410 | 622 | **404** | **259** |
| Less: Revenue from rent of fiber-optic channels | 964 | 433 | 760 | 325 | **328** | **309** |
| **Service revenue used to calculate ARPU** | **1,275,621** | **1,275,535** | **1,222,511** | **1,013,863** | **864,035** | **849,207** |
| Average number of active subscribers ('000) | 39,021 | 39,102 | 38,365 | 37,733 | 36,784 | 33,754 |
| **ARPU (US$)** | **10.9** | **10.9** | **10.6** | **9.0** | **7.8** | **8.4** |

# Reconciliation of ARPU in Kazakhstan (Unaudited)


Beeline™

| ($'000) | **Three months ended** | | | | | |
|---|---|---|---|---|---|---|
| | **March 31, 2007** | **Dec 31, 2006** | **Sept 30, 2006** | **June 30, 2006** | **March 31, 2006** | **Dec 31, 2005** |
| | *Reconciliation of ARPU to service revenue and connection fees* | | | | | |
| **Service revenue and connection fees** | **119,399** | **112,963** | **104,208** | **80,301** | **54,382** | **49,668** |
| Less: Connection fees | 0 | 0 | 0 | 0 | **0** | 0 |
| Less: Revenue from rent of fiber-optic channels | 0 | 0 | 0 | 0 | **0** | 0 |
| **Service revenue used to calculate ARPU** | **119,399** | **112,963** | **104,208** | **80,301** | **54,382** | **49,668** |
| Average number of active subscribers ('000) | 3,271 | 2,728 | 2,412 | 2,120 | 2,070 | 1,604 |
| **ARPU (US$)** | **12.2** | **13.8** | **14.4** | **12.6** | **8.8** | **10.3** |

# Reconciliation of ARPU in Ukraine (Unaudited)



|  | Three months ended | | | | | |
| :--- | :---: | :---: | :---: | :---: | :---: | :---: |
| ($'000) | March 31, 2007 | Dec 31, 2006 | Sept 30, 2006 | June 30, 2006 | March 31, 2006 | Dec 31, 2005 |
|  | *Reconciliation of ARPU to service revenue and connection fees* | | | | | |
| **Service revenue and connection fees** | **16,158** | **14,652** | **12,320** | **5,948** | **2,103** | **1,952** |
| Less: Connection fees | 5 | 5 | 3 | 0 | 0 | 0 |
| Less: Revenue from rent of fiber-optic channels | 0 | 0 | 0 | 0 | 0 | 0 |
| **Service revenue used to calculate ARPU** | **16,153** | **14,647** | **12,317** | **5,948** | **2,103** | **1,952** |
| Average number of active subscribers ('000) | 1,781 | 1,170 | 611 | 338 | 208 | 228 |
| **ARPU (US$)** | **3.0** | **4.2** | **6.7** | **5.9** | **3.4** | **4.3** |

# Reconciliation of ARPU in Uzbekistan (Unaudited)


**Beeline**™

| ($'000) | March 31, 2007 | Dec 31, 2006 | Sept 30, 2006 | June 30, 2006 | March 31, 2006 | Dec 31, 2005 |
|---|---|---|---|---|---|---|
| | | | *Three months ended* | | | |
| | *Reconciliation of ARPU to service revenue and connection fees* | | | | | |
| **Service revenue and connection fees** | **18,778** | **16,446** | **16,279** | **15,507** | **9,207** | **na** |
| Less: Connection fees | 0 | 0 | 0 | 0 | 0 | na |
| Less: Revenue from rent of fiber-optic channels | 0 | 0 | 0 | 0 | 0 | na |
| **Service revenue used to calculate ARPU** | **18,778** | **16,446** | **16,279** | **15,507** | **9,207** | **na** |
| Average number of active subscribers ('000) | 930 | 558 | 458 | 406 | 185 | na |
| **ARPU (US$)** | **6.7** | **9.8** | **11.8** | **12.7** | **16.6** | **na** |

# Reconciliation of ARPU in Tajikistan (Unaudited)



|  | **Three months ended** | | | | | |
|---|---|---|---|---|---|---|
| **($'000)** | **March 31, 2007** | **Dec 31, 2006** | **Sept 30, 2006** | **June 30, 2006** | **March 31, 2006** | **Dec 31, 2005** |
|  | *Reconciliation of ARPU to service revenue and connection fees* | | | | | |
| **Service revenue and connection fees** | **2,891** | **840** | **74** | **119** | **185** | **na** |
| Less: Connection fees | 0 | 0 | 0 | 0 | 0 | na |
| Less: Revenue from rent of fiber-optic channels | 0 | 0 | 0 | 0 | 0 | na |
| **Service revenue used to calculate ARPU** | **2,891** | **840** | **74** | **119** | **185** | **na** |
| Average number of active subscribers ('000) | 111 | 31 | 8 | 10 | 12 | na |
| **ARPU (US$)** | **8.7** | **9.0** | **3.1** | **4.0** | **5.1** | **na** |

# Reconciliation of ARPU in Armenia (Unaudited)

**Beeline™**

| ($'000) | Mobile ARPU | | Fixed ARPU | |
| --- | --- | --- | --- | --- |
| | Three months ended | | Three months ended | |
| | March 31, 2007 | Dec 31, 2006 | March 31, 2007 | Dec 31, 2006 |
| | *Reconciliation of ARPU to service revenue and connection fees* | | | |
| Service revenue and connection fees | 19,912 | 10,451 | 34,242 | 16,922 |
| Less: Connection fees | 129 | 0 | 0 | 0 |
| Less: Revenue from rent of fiber-optic channels | 0 | 0 | - | - |
| Service revenue used to calculate ARPU | 19,783 | 10,451 | 34,242 | 16,922 |
| Average number of active subscribers ('000) | 456 | 409 | 607 | 609 |
| ARPU (US$) | 14.5 | 17.0 | 18.8 | 18.5 |

*Note: data for 4Q06 represent data for 1.5 months since the moment of acquisition by VimpelCom*

30