# РБК daily

ЕЖЕДНЕВНАЯ ДЕЛОВАЯ ГАЗЕТА

В сотрудничестве с Handelsblatt

ГЛАВНОЕ • В ФОКУСЕ • В МИРЕ • ТЭК • ИНДУСТРИЯ • ПОТРЕБРЫНОК • БАНКИ/ФИНАНСЫ • ТЕЛЕКОМ/МЕДИА • CNE

Главная :: Телеком / Медиа



## Altimo заложила «Киевстар»

*Под кредит в 750 млн долларов*

Altimo, управляющая телекоммуникационными активами «Альфа-Групп», заняла у банка Credit Suisse 750 млн долл. под 43,5% акций «Киевстар». Эти деньги компания может потратить на дальнейшее увеличение своей доли в «ВымпелКоме» или зарубежные покупки, считают эксперты.

Altimo договорилась с Credit Suisse о кредит на 750 млн долл. «как о части сделки по рефинансированию», сообщило вчера агентство Reuters со ссылкой на финансового директор холдинга Тейо Панкко. По его словам, эта сделка включает 100 млн долл. «новых денег» и обеспечена акциями «Киевстара», в котором Altimo принадлежит 43,5%.

Г-н Панкко не стал уточнять детали сделки, отметив лишь, что привлеченные средства не пойдут на увеличение доли в «ВымпелКоме»: за последние полгода Altimo увеличила свою долю на 10%, до 42,4%, потратив на скупку акций около 1,6 млрд долл. «Полагаю, у нас есть уверенность в том, что принадлежащая нам доля достаточна, чтобы оказывать свое влияние на компанию», — сказал он. Вице-президент Altimo Кирилл Бабаев также воздержался от комментариев.

«Альфа-Групп» уже не первый раз привлекает кредиты, закладывая телекоммуникационные активы, но акции «Киевстара» стали обеспечением впервые. Весной 2005 года Altimo выпустила трехлетние облигации на 350 млн долл. под залог 8,9% «ВымпелКома», в конце 2006 года заложила долю в Golden Telecom (около 29%), заняв у Альфа-Банка 195 млн долл. на полтора года. В марте Altimo одолжила у Deutsche Bank сразу 1,5 млрд долл. под 16,2% акций «ВымпелКома».

Эксперты считают, что на этот раз «Альфа» привлекла средства с очень большим дисконтом. «Стоимость залога обычно существенно превышает размер кредита, но доля Altimo в «Киевстаре» стоит не меньше 3 млрд долл., поэтому такие условия достаточно странные», — говорит старший аналитик «Тройки Диалог» Андрей Богданов. Возможно, эти деньги привлекаются для дальнейшего увеличения доли в



Подписка на газ

Приложения к РБІ

PDA-версия РБК d

ПОИСК...

Другие статьи "Те

* Леонид Меламед за
* Трубки для рекламь
* Россия не готова к
* Altimo заложила «К
* British Telecom нап
* «Витрина А» ищет
* «Топ-Книга» остала

В текущем номер

* Газеты забирают об
* Motorola ответит за
* «Ситроникс» ищет

Последние новости

* Число жертв взрыв Ираке возросло до масштабным для ст
* Правительство РФ у на прокат из алюми

«ВымпелКоме», поэтому было бы странно, если гарантом по кредиту выступали акции той же компании, предполагает он. «Альфа» уже несколько раз закладывала свои доли в «ВымпелКоме» и, возможно, исчерпала все возможности, поэтому в этот раз обеспечением по кредиту могли стать акции «Киевстара», — добавляет директор по корпоративным финансам Deutsche UFG Антон Иншутин. По его словам, сейчас у холдинга есть много возможностей использовать привлеченные средства — от приватизации шведско-финской TeliaSonera до покупки доли в компаниях Юго-Восточной Азии, в частности Индонезии.

**ТИМОФЕЙ ДЗЯДКО**

18.05.2007                                                                                версия для печати

Популярные статьи

- Мобильнее некуда
- Путин показал Европе чистую демократию
- Потребителей защитят от жадных продавцов
- В порты Эстонии снова пришла нефть
- Революцию в России может провести "третья сила"

10%.
- Грузия: Международо факт нарушения во стороны России.

CNews Conferences

Круглый

ИТ-УС
В РОЗ
ТОРГС

Москва

Архив

|    | 1  | 2  | 3  | 4  |
|----|----|----|----|----|
| 7  | 8  | 9  | 10 | 11 |
| 14 | 15 | 16 | 17 | 18 |
| 21 | 22 | 23 | 24 | 25 |
| 28 | 29 | 30 | 31 |    |

PDA • RSS • ПОДПИСКА • E-MAIL РАССЫЛКА • О ГАЗЕТЕ • РЕКЛАМА

Все замечания и пожелания присылайте на webmaster@rbc.ru.
Все права защищены и охраняются законом. © 1995 - 2007 РосБизнесКонсалтинг.
Порядок и Условия использования данных © Dow Jones&Company.
Информация об ограничениях © Reuters, © AP, © АК&М, © СКРИН, © Прайм-Тасс, © ИТАР-ТАСС.
телефон редакции: (495) 363-11-11
факс: (495) 363-11-27 e-mail: daily@rbc.ru
Подробнее о соблюдении авторских прав и размещении рекламы.



## CERTIFICATE OF ACCURACY

The undersigned, Milena M. Velinova, certifies that she is familiar with the Russian and English languages, that she has made the attached translation from the annexed document in the English language and hereby certifies that the same is a true and complete translation to the best of her knowledge, ability and belief.

STATE OF CONNECTICUT  )
                     ) ss
COUNTY OF FAIRFIELD   )

Subscribed and sworn to before me this 29 day of August, 2007

_____
Notary Public

My Commission Expires:

## Altimo has pledged Kyivstar

*Against 750 million dollars in credit*

Altimo, the telecom assets holding company of the Alfa-Group, has borrowed 750 million dollars from Credit Suisse against 43.5% of the Kyivstar shares. According to the experts, the company could use this money to further increase its stake in VimpelCom or to make purchases abroad.

Altimo agreed with Credit Suisse on the 750 million dollar credit "as part of a refinancing," Reuters announced yesterday citing the Chief Financial Officer of the holding company, Teijo Pankko. According to the latter, this deal includes 100 million dollars in "new money" and is guaranteed with shares of "Kyivstar" in which Altimo holds 43.5%.

Mr. Pankko did not go as far as to provide any details on the deal, but simply noted that the funds obtained will not be used to increase the stake in VimpelCom -- in the last half-year Altimo has increased its stake by 10% to 42.4%, by using some 1.6 billion dollars for the purchase of shares. "I suppose, we are confident that the stake we own is sufficient to be able to exercise our influence over the company," he said. The Vice-President of Altimo, Kirill Babaev also abstained from making any comments.

This is not the first time Alfa-Group obtains credit by pledging telecom assets, but it is the first time that Kyivstar shares have been used as collateral. In the spring of 2005 Altimo issued three-year bonds for 350 million dollars collateralized by 8.9% of VimpelCom; at the end of 2006, it pledged a Golden Telecom stake (around 29%) to borrow 195 million dollars for a year and half from Alfa-Bank. In March, Altimo drew down at once 1.5 billion dollars from Deutsche Bank against 16.2% of VimpelCom shares.

The experts consider that this time Alfa has obtained funds with a very significant discount. "The value of the collateral materially exceeds the amount of the credit, but Altimo's stake in Kyivstar is worth at least 3 billion dollars, which makes this type of conditions rather unusual," according to Andrej Bogdanov, a senior analyst at Troika Dialogue. It is possible that these funds are being obtained to further increase the stake in VimpelCom, which is why it would be unusual if shares of the same company would be used as collateral for the credit, according to him. Alfa has already pledged its stake in VimpelCom several times and it is possible that it has exhausted all possibilities, which is why this time the Kyivstar shares could be used as collateral for the credit, added Deutsche UFG's Corporate Finance Director, Anton Inshutin. According to the latter, the holding company now has many options for using the funds it has obtained -- from the privatization of the Swedish-Finnish TeliaSonera to the purchase of stakes in companies in South-East Asia and in Indonesia in particular.

**TIMOPHEI DZIADKO**
5/18/2007                                                                                      print version