**EXHIBIT 26**

| Date / Transaction | Number of ADSs | Average Price Per ADS Paid by Eco Telecom | Market Price[1] | | | | Insider Information Allegedly Possessed By All Defendants |
|---|---|---|---|---|---|---|---|
| | | | Date | High | Low | Close | |
| 8/30/06 Rightmarch Transaction | None | None | 8/30 | 54.90 | 53.79 | 54.45 | Information Provided to VimpelCom Board on 8/15/06:[2] Second Quarter 2006 Financial Results[3] |
| | | | 9/1 | 57.90 | 55.10 | 57.59 | |
| 11/15/06 Rightmarch Transaction | 6,597,900 | $60.4728 | 11/15 | 67.35 | 66.28 | 67.25 | None |
| 12/21/06 Rightmarch Transaction | 1,253,800 | $79.4283 | 12/21 | 77.26 | 76.46 | 77.19 | None |
| 3/1/07 Deutsche Bank Transaction | 140,300 | $80.8796 | 3/1 | 82.17 | 75.39 | 80.24 | None |
| 3/2/07 Deutsche Bank Transaction | 1,300,000 | $79.6933 | 3/2 | 82.61 | 79.14 | 81.41 | None |
| 3/5/07 Deutsche Bank Transaction | 584,900 | $81.4183 | 3/5 | 80.00 | 75.37 | 77.88 | None |
| 3/6/07 Deutsche Bank Transaction | 357,000 | $80.7214 | 3/6 | 84.50 | 79.42 | 83.48 | None |
| 3/6/07 Deutsche Bank Transaction | 833,700 | $77.9420 | 3/6 | 84.50 | 79.42 | 83.48 | None |
| 3/7/07 Deutsche Bank Transaction | 675,000 | $82.6466 | 3/7 | 85.16 | 82.62 | 83.78 | None |

---

[1] All market prices quoted herein are taken from a price report of VimpelCom ADSs for the period August 1, 2006 to August 1, 2007 included as Rolfe Decl. Ex. 16.

[2] The daily closing price for 8/15 was $49.55 and the daily closing price for 8/16 was $50.00.

[3] On September 1, 2006, in a Form 6-K filed with the SEC, VimpelCom publicly released its Second Quarter and Six Month 2006 Financial Results. (Compl. ¶ 34, Rolfe Decl. Ex. 17.)

i

| Date / Transaction | Number of ADSs | Average Price Per ADS Paid by Eco Telecom | Market Price[1] | | | | Insider Information Allegedly Possessed By All Defendants |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Date | High | Low | Close | |
| 3/8/07 Deutsche Bank Transaction | 818,400 | $84.1644 | 3/8 | 89.69 | 85.77 | 89.07 | None |
| 3/9/07 Deutsche Bank Transaction | 205,900 | $87.6491 | 3/9 | 90.99 | 86.86 | 87.69 | None |
| 3/9/07 Rightmarch Transaction | 2,442,234 | $83.3574 | 3/9 | 90.99 | 86.86 | 87.69 | None |
| 3/15-3/20/07 Open-Market Transaction | 1,630,100 | $89.3166 | avg.[4] | 92.35 | 87.52 | 90.75 | Information Provided to VimpelCom Board on 3/16/07: Dividend payment proposal; Fourth Quarter and Final 2006 Financial Results; Preliminary financial results for first two months of 2007; Strategic options "discussion" |

---

[4] The daily closing prices for 3/15–3/20 were as follows: 3/15=$87.42; 3/16=$88.02; 3/19=$94.01; 3/20=$93.55.

| Date / Transaction | Number of ADSs | Average Price Per ADS Paid by Eco Telecom | Market Price[1] | | | | Insider Information Allegedly Possessed By All Defendants |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Date | High | Low | Close | |
| 3/19-3/20/07 Brokered Transactions | 5,125,347 | $92.1799 | 3/19 | 96.95 | 88.40 | 94.01 | Dividend payment proposal[5] |
| | | | 3/20 | 95.93 | 92.00 | 93.55 | Fourth Quarter and Final 2006 Financial Results[6] |
| | | | | | | | Preliminary financial results for first two months of 2007[7] |
| | | | | | | | Strategic options "discussion" |
| 5/11/07 Rightmarch Transaction | 2,168,020 | $95.8299 | 5/11 | 100.95 | 96.50 | 100.90 | Strategic options "discussion" |
| 6/8/07 Rightmarch Transaction | 998,174 | $99.9886 | 6/8 | 97.85 | 94.50 | 97.18 | Strategic options "discussion" |
| 6/25/07 Rightmarch Transaction | 473,290 | $100.0871 | 6/25 | 107.57 | 102.29 | 106.55 | Strategic options "discussion"[8] |

---

[5] On March 28, 2007, in a Form 6-K filed with the SEC, VimpelCom disclosed the fact that the VimpelCom Board had reviewed 2006 financial results and also disclosed the Board's recommendation for approval of annual dividends. (Compl. ¶53, Rolfe Decl. Ex. 18.)

[6] On April 12, 2007, in a Form 6-K filed with the SEC, VimpelCom publicly released its Fourth Quarter and Year End 2006 Financial Results. (Orig. Comp. ¶59, Rolfe Decl. Ex. 19.)

[7] On May 25, 2007, in a Form 6-K filed with the SEC, VimpelCom publicly released its First Quarter 2007 Financial Results. (Rolfe Decl. Ex. 20.)

[8] Telenor alleges that to the extent that the information regarding "various strategic options" and "possible acquisitions" has not been disclosed, it remains non-public. (Compl. ¶ 52.)