UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELENOR EAST INVEST AS,<br><br>           Plaintiff,<br><br>  -against-<br><br>ALTIMO HOLDINGS & INVESTMENTS LIMITED, ECO TELECOM LIMITED, CTF HOLDINGS LIMITED, CROWN FINANCE FOUNDATION, and RIGHTMARCH LIMITED,<br><br>           Defendants. | 07 Civ. 4829 (DC)<br>ECF ACTION |

### RULE 7.1 STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this is to certify that:

  (1)  Altimo Holdings & Investments Limited ("Altimo") has no parent corporation.  No publicly traded company owns ten percent or more of Altimo's stock.

  (2)  Crown Finance Foundation ("Crown") has no parent corporation.  No publicly traded company owns ten percent or more of Crown's stock.

  (3)  Rightmarch Limited is a wholly-owned subsidiary of Altimo.

August 27, 2007

                    CRAVATH, SWAINE & MOORE LLP,

by
    s/ Ronald S. Rolfe
        Ronald S. Rolfe
       Member of the Firm

      Worldwide Plaza
    825 Eighth Avenue
  New York, NY 10019-7475
     (212) 474-1000

*Attorneys for Defendants Altimo Holdings & Investments Limited, Crown Finance Foundation, and Rightmarch Limited*