UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TELENOR EAST INVEST AS,                    :
                                           :
                   Plaintiff,              :    ECF Case
                                           :
           - against -                     :    07 Civ. 4829 (DC)
                                           :
ALTIMO HOLDINGS & INVESTMENTS              :
LIMITED, ECO TELECOM LIMITED, CTF          :
HOLDINGS LIMITED, CROWN FINANCE            :
FOUNDATION and RIGHTMARCH LIMITED,         :
                                           :
                   Defendants.             :
------------------------------------------------------------x

## RULE 7.1 STATEMENT OF DEFENDANTS ECO TELECOM LIMITED AND CTF HOLDINGS LIMTED

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certify the following: no publicly held corporation owns 10% or more of the stock of Eco Telecom Limited (a private non-governmental party); and no publicly held corporation owns 10% or more of the stock of CTF Holdings Limited (a private non-governmental party).

August 27, 2007                     LOVELLS LLP


                                    By:    /s/ Edward T. Schorr
                                           Edward T. Schorr (ES-0290)
                                           Hillel I. Parness (HP-1638)
                                           Gonzalo S. Zeballos (GZ-5994)

                                    590 Madison Avenue
                                    New York, New York
                                    (212) 909-0600

                                    *Attorneys for Eco Telecom Limited and CTF Holdings Limited*

NYCLIB01/NYGSZ/122124.1