Case 1:07-cv-04829-DC   Document 14   Filed 09/28/2007   Page 1 of 1



# ORRICK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

tel 212-506-5000
fax 212-506-5151
WWW.ORRICK.COM

Robert L. Sills
(212) 506-5110
rsills@orrick.com

September 26, 2007

**BY HAND**

Hon. Denny Chin
United States District Judge for
  the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1581



RECEIVED
SEP 28 2007
JUDGE CHIN'S CHAMBERS

**Telenor East Invest AS v. Altimo Holdings & Investments Limited, et al**
**1:07-CV-04829**

Dear Judge Chin:

    We are attorneys for plaintiff Telenor East Invest AS ("Telenor East") in the above-entitled action. I write to request that the briefing schedule on the pending motions to dismiss or to stay the action pending arbitration be adjourned by approximately one week, so that plaintiff's papers in opposition to both motions will be due on Friday, October 5, 2007. No previous adjournment has been sought, and all defendants consent to the requested adjournment. Assuming that the requested extension is acceptable to the Court, defendants request that their reply papers on both motions be due on Tuesday, October 23, 2007, to which Telenor East agrees.

                                                    Respectfully,

                                                    Robert L. Sills

Copies (by email) to
  Ronald S. Rolfe, Esq.
  Edward T. Schorr, Esq.

**APPLICATION GRANTED.**
**SO ORDERED**

Denny Chin, U.S.D.J.

9/28/07