# EXHIBIT F

# Altimo Holdings & Investments Limited

4 Irish Place, Gibraltar    Tel: +350 41977; Fax: +350 41988; Email: ctfh@ctfh.gi

Telenor East Invest AS
Snaroyveien 30
N-1331 Fornebu
Norway
Attn.: Jan Edvard Thygesen
CC:   Henrik Torgersen
Facsimile No.: +47 67 89 48 18

CC: Advokatene i Telenor
Universitatsgaten 2
N-0130 Oslo
Norway
Attn.: Bjorn Hogstad
Facsimile No.: +47 22 11 44 61

By fax and by post

20 March 2007

Dear Mr. Thygesen and Mr. Torgersen:

Pursuant to the Guarantee Agreement dated 30 May 2001 by and among CTF HOLDINGS LIMITED, ECO HOLDINGS LIMITED, OPEN JOINT STOCK COMPANY "VIMPEL-COMMUNICATIONS" and TELENOR EAST INVEST AS, and the Interim Award dated 25 January 2007 in the UNCITRAL arbitration captioned Telenor East Invest AS v. Eco Telecom Limited, et. al, we hereby provide you with the Endorsement executed by Altimo Holdings & Investments Limited dated 19 March 2007.

The original copy of the Endorsement was sent by express mail to your address (as stated above).

Kind regards,

*[signature]*

Franz Wolf
Director

Enclosures: 1 page.

---

Registered address: P.O. Box 3339, Geneva Place, 333 Waterfront Drive, Road Town, Tortola, British Virgin Islands

# ENDORSEMENT

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the undersigned transferee (the "**Transferee**") of the direct or indirect interest of Eco Holdings Limited (the "**General Guarantor**") in Open Joint Stock Company "Vimpel-Communications" ("**VIP**") or Closed Joint Stock Company "VimpelCom-Region" (**VIP-R**") hereby (i) represents and warrants that it is a Controlled Affiliate of the Limited Guarantor, and (ii) agrees for the benefit of the hereinafter defined Beneficiaries to be fully bound by the terms and conditions of the Guarantee Agreement (the "**Guarantee Agreement**"), dated as of May 30, 2001, by and among the General Guarantor, CTF Holdings Limited, VIP, VIP-R, and Telenor East Invest AS (the parties to the Guarantee Agreement other than the General Guarantor being the "**Beneficiaries**") as if the Transferee were an original signatory to the Guarantee Agreement as the General Guarantor.

For and on behalf of **Altimo Holdings & Investments Limited**

By _/s/ Franz Wolf_
Name: Franz Wolf
Title: Director
Date: 19 March 2007

JOURNAL

```
TIME   : 20/03/2007 15:38
NAME   : CTF HOLDINGS GIBRALT
FAX    : 0035041988
TEL    : 0035041977
SER.#  : 000B5J213298
```

| NO.  | DATE  | TIME  | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |   |
|------|-------|-------|--------------|----------|---------|--------|---------|---|
| #089 | 20/03 | 10:14 |              | 02:26    | 04      | OK     | TX      |   |
| #091 | 20/03 | 10:18 |              | 01:11    | 05      | OK     | TX      | ECM |
| #092 | 20/03 | 10:20 |              | 03:23    | 03      | OK     | TX      |   |
| #094 | 20/03 | 10:32 |              | 01:12    | 03      | OK     | TX      |   |
| #093 | 20/03 | 10:44 |              | 00       | 00      | BUSY   | TX      |   |
| #095 | 20/03 | 10:48 |              | 00       | 00      | BUSY   | TX      |   |
|      | 20/03 | 11:04 |              | 33       | 01      | OK     | RX      | ECM |
|      | 20/03 | 11:14 |              | 48       | 01      | OK     | RX      | ECM |
|      | 20/03 | 15:27 |              | 06:56    | 10      | OK     | RX      | ECM |
| #098 | 20/03 | 15:36 | 004767894818 | 31       | 02      | OK     | TX      | ECM |
|      | 20/03 | 15:37 |              | 25       | 00      | ERROR  | RX      |   |

```
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
PC  : PC-FAX
```