# EXHIBIT  M

# HOGAN & HARTSON

Hogan & Hartson LLP
3, rue François Bellot
1206 Geneva, Switzerland
+41 (0)22 787 40 00 Tel
+41 (0)22 787 40 10 Fax

www.hhlaw.com

April 18, 2007

**VIA ELECTRONIC MAIL AND FACSIMILE**
Robert L. Sills, Esq.
Peter O'Driscoll, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001
U.S.A

Edward Schorr, Esq.
Lisa Fried, Esq.
Lovells
590 Madison Avenue
New York, NY 10022
U.S.A

Re:     **Telenor East Invest AS v. Eco Telecom Limited** *et al.*

Dear Counsel:

The Tribunal in the above-referenced matter reconfirms herewith the Order entered at the close of the Hearing held in London on Saturday, April 14, 2007, concerning the state of implementation of the Interim Award dated January 25, 2007.

The Tribunal has determined, upon careful consideration of the submissions of both parties, that the Respondents are in violation of the Directive stated at page 36 of the Interim Award, in their having failed to withdraw, on or before the March 28, 2007 meeting of the Board of Directors of VimpelCom at which the ballot in respect of the election of directors was approved for submission to the vote of shareholders, all but four (4) of Eco Telecom's nominees to the said Board, of whom one (1) was to be an Independent. The Tribunal stated that this Directive was to have been implemented by a date certain, namely the date of the March 28, 2007 Board meeting, as the parties themselves plainly understood to have been the case; and that the prospect invoked by the Respondents of their acquisition in due course of more than forty-four per cent (44%) of the voting capital stock of VimpelCom did not operate to excuse such violation.

The Tribunal accordingly ORDERS that the Respondents within thirty (30) days of the date of the Hearing, that is to say on or before May 14, 2007, take the action necessary to place

Robert L. Sills, Esq.                                    April 18, 2007
Edward Schorr, Esq

Page 2

themselves in compliance with the Interim Award by withdrawing all but four (4) of Eco Telecom's nominees to the VimpelCom Board, it being understood that if, but only if, the Respondents on or before such date have become the beneficial owners of more than forty-four per cent (44%) of the voting capital stock of the Company, then, upon so declaring, the Respondents shall be relieved of the requirement of the Interim Order that one (1) of such nominees be an Independent.   The parties, both through their respective counsel and through their representatives, Mr. Musatov for the Respondents and Messrs. Rusten and Hogstadt for the Claimant, formally undertook to comply, and to cause their respective directors of the Company to comply, with the Tribunal's ORDER as above set forth.

The Tribunal invites the parties to file a statement of their costs and fees associated with the London hearing, to be taken into consideration in the allocation of costs and fees in the Final Award.   The Tribunal has provisionally set aside <u>Wednesday, May 16, 2007</u> for a further Hearing in New York, in the event, which the Tribunal hopes and expects to be unlikely, that such were prove to be necessary.

Very truly yours,
FOR THE TRIBUNAL

Charles C. Adams, Jr.