# EXHIBIT O



# ORRICK

7 June 2007

**BY E-MAIL**

Deutsche Bank AG
London Branch
85 London Wall
London EC2M 7AD

Peter O'Driscoll
+44 20 7422 4639
podriscoll@orrick.com

Attn:  Mr. Andrew Procter
       Head of Compliance

Re:  <u>Telenor East Invest AS v. Altimo Holdings & Investments Limited *et al.*</u>

Dear Mr. Procter:

I refer to the above-referenced case filed yesterday in the United States District Court for the Southern District of New York, a copy of the complaint for which is enclosed (the "**Complaint**").

The Complaint describes securities trading and other activities in which Deutsche Bank AG, London Branch, Jam Holding Asset Management Ltd, and possibly other affiliates of Deutsche Bank AG participated. Accordingly, we hereby request that you take prompt action to preserve any and all books and records, tapes, electronic data, notes, documents, agreements, memoranda, account statements and other information relating to any of the transactions or entities described in the Complaint.

Please feel free to contact me at the above address if you have any queries regarding this request.

Regards.

Very truly yours,

Peter O'Driscoll

Enclosure

cc:  Robert L. Sills, Esq.