# EXHIBIT GG

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 8/27/2007 | 22.28 | 22.96 | 22.08 | 22.58 | 1946600 | 22.58 |
| 8/24/2007 | 20.97 | 22.34 | 20.97 | 22.28 | 2061200 | 22.28 |
| 8/23/2007 | 22 | 22.19 | 20.66 | 20.97 | 1798100 | 20.97 |
| 8/22/2007 | 21 | 21.74 | 20.75 | 21.19 | 1701600 | 21.19 |
| 8/21/2007 | 100.94 | 102.71 | 97.69 | 102.47 | 2416500 | 20.49 |
| 8/20/2007 | 101 | 102.17 | 98.75 | 100.56 | 3088500 | 20.11 |
| 8/17/2007 | 100.5 | 102.99 | 97.89 | 100.2 | 7996000 | 20.04 |
| 8/16/2007 | 96.03 | 96.47 | 90.08 | 95.25 | 10514500 | 19.05 |
| 8/15/2007 | 103.18 | 104.19 | 97.96 | 99.39 | 3596000 | 19.88 |
| 8/14/2007 | 105.87 | 107.65 | 103.37 | 103.76 | 2000500 | 20.75 |
| 8/13/2007 | 109.5 | 110.63 | 106.12 | 106.3 | 2848500 | 21.26 |
| 8/10/2007 | 106 | 107.87 | 103.05 | 105.75 | 3807000 | 21.15 |
| 8/9/2007 | 105.8 | 109.97 | 105.8 | 106.65 | 3375000 | 21.33 |
| 8/8/2007 | 107 | 113.65 | 107 | 112.35 | 3574500 | 22.47 |
| 8/7/2007 | 104.95 | 107.62 | 104.76 | 106.78 | 2656000 | 21.36 |
| 8/6/2007 | 106.18 | 106.8 | 103.75 | 105.45 | 2345000 | 21.09 |
| 8/3/2007 | 109.2 | 110.23 | 105.69 | 106.16 | 1987500 | 21.23 |
| 8/2/2007 | 107.3 | 109.32 | 106.25 | 108.75 | 2270000 | 21.75 |
| 8/1/2007 | 105.51 | 107.76 | 103.57 | 106.09 | 4777000 | 21.22 |
| 7/31/2007 | 109 | 109 | 105.24 | 105.9 | 4049500 | 21.18 |
| 7/30/2007 | 101 | 105.03 | 101 | 104.23 | 2975500 | 20.85 |
| 7/27/2007 | 99 | 105.65 | 98.5 | 101.29 | 6211000 | 20.26 |
| 7/26/2007 | 105 | 105 | 98.57 | 100.4 | 4866000 | 20.08 |
| 7/25/2007 | 108.95 | 110.31 | 105 | 106.05 | 3604000 | 21.21 |
| 7/24/2007 | 109.35 | 112.46 | 107.15 | 107.86 | 4210000 | 21.57 |
| 7/23/2007 | 113 | 113 | 110.06 | 111.5 | 3769500 | 22.3 |
| 7/20/2007 | 113.24 | 113.24 | 112.05 | 112.43 | 2075000 | 22.49 |
| 7/19/2007 | 111.25 | 113.21 | 111.16 | 112.88 | 3476500 | 22.58 |
| 7/18/2007 | 111.51 | 113.09 | 111.04 | 111.67 | 2675000 | 22.33 |
| 7/17/2007 | 114.39 | 114.7 | 111.89 | 113 | 2333500 | 22.6 |
| 7/16/2007 | 117.97 | 118.47 | 112.03 | 112.5 | 4964500 | 22.5 |
| 7/13/2007 | 113.35 | 118.58 | 113 | 117.09 | 5431500 | 23.42 |
| 7/12/2007 | 110.59 | 114.04 | 110.59 | 112.73 | 4071500 | 22.55 |
| 7/11/2007 | 108.51 | 110.86 | 107.24 | 110.15 | 2577000 | 22.03 |
| 7/10/2007 | 110.13 | 110.99 | 107.4 | 108.21 | 3608000 | 21.64 |
| 7/9/2007 | 112.84 | 114.75 | 111.55 | 111.79 | 2526000 | 22.36 |
| 7/6/2007 | 111.1 | 112.04 | 109.65 | 111.55 | 1881500 | 22.31 |
| 7/5/2007 | 110.49 | 110.96 | 108.82 | 110.6 | 2393500 | 22.12 |
| 7/3/2007 | 108.25 | 110.9 | 108.18 | 110.13 | 1528000 | 22.03 |
| 7/2/2007 | 106.05 | 108.02 | 106.02 | 108.02 | 2797500 | 21.6 |
| 6/29/2007 | 104.5 | 107.03 | 103.6 | 105.36 | 3730000 | 21.07 |
| 6/28/2007 | 105.5 | 107.68 | 103.76 | 104.39 | 2939500 | 20.88 |
| 6/27/2007 | 104.15 | 106.35 | 102.51 | 106.35 | 2547000 | 21.27 |
| 6/26/2007 | 106.55 | 107.69 | 104.43 | 104.87 | 2425500 | 20.97 |
| 6/25/2007 | 104.65 | 107.57 | 102.29 | 106.55 | 3395000 | 21.31 |
| 6/22/2007 | 104.8 | 105.79 | 103.2 | 104.65 | 1780000 | 20.93 |
| 6/21/2007 | 106.25 | 106.99 | 104.62 | 105.89 | 2908000 | 21.18 |
| 6/20/2007 | 109.24 | 109.65 | 104.59 | 105.24 | 2986500 | 21.05 |
| 6/19/2007 | 109.3 | 109.94 | 106.54 | 108.39 | 2919000 | 21.68 |
| 6/18/2007 | 109.88 | 112.4 | 107.38 | 108.21 | 3888000 | 21.64 |
| 6/15/2007 | 104.48 | 107.15 | 102.71 | 106.78 | 6039500 | 21.36 |

| Date | Open | High | Low | Close | Volume | Adj |
|---|---|---|---|---|---|---|
| 6/14/2007 | 101.3 | 104 | 101.3 | 103.51 | 3150500 | 20.7 |
| 6/13/2007 | 98.62 | 102.26 | 98.62 | 101.65 | 3594500 | 20.33 |
| 6/12/2007 | 98 | 100.04 | 97.28 | 98.12 | 2763500 | 19.62 |
| 6/11/2007 | 97.5 | 100.63 | 97.19 | 99.7 | 2519500 | 19.94 |
| 6/8/2007 | 95 | 97.85 | 94.5 | 97.18 | 3191500 | 19.44 |
| 6/7/2007 | 100.4 | 100.4 | 96.14 | 97.42 | 5671000 | 19.48 |
| 6/6/2007 | 100.66 | 102 | 100.25 | 100.96 | 1839000 | 20.19 |
| 6/5/2007 | 101.58 | 103.15 | 100.99 | 101.84 | 2084000 | 20.37 |
| 6/4/2007 | 102.1 | 102.6 | 101.15 | 101.57 | 3214000 | 20.31 |
| 6/1/2007 | 102.82 | 104.36 | 101.36 | 104 | 3683000 | 20.8 |
| 5/31/2007 | 103.6 | 104.45 | 102.46 | 102.81 | 3101000 | 20.56 |
| 5/30/2007 | 101.8 | 103.25 | 100 | 102.93 | 4456000 | 20.59 |
| 5/29/2007 | 102.01 | 103 | 100.1 | 102.36 | 4809000 | 20.47 |
| 5/25/2007 | 103.9 | 105 | 102.32 | 103.42 | 5828000 | 20.68 |
| 5/24/2007 | 99.25 | 101 | 99.05 | 99.71 | 6048000 | 19.94 |
| 5/23/2007 | 101.49 | 102 | 99.75 | 100.59 | 4178000 | 20.12 |
| 5/22/2007 | 101.5 | 102.08 | 99.25 | 100 | 6033500 | 20 |
| 5/21/2007 | 103.3 | 104.5 | 99.69 | 102.11 | 7440500 | 20.42 |
| 5/18/2007 | 100.04 | 100.04 | 97.76 | 99.69 | 2351500 | 19.94 |
| 5/17/2007 | 99.25 | 100.13 | 98.64 | 99.01 | 2274500 | 19.8 |
| 5/16/2007 | 101.35 | 101.77 | 99.14 | 100.11 | 3611000 | 20.02 |
| 5/15/2007 | 100.42 | 102.7 | 100 | 101.3 | 5682500 | 20.26 |
| 5/14/2007 | 100.06 | 103.5 | 99.01 | 102.66 | 5058500 | 20.53 |
| 5/11/2007 | 96.5 | 100.95 | 96.5 | 100.9 | 5733000 | 20.18 |
| 5/10/2007 | 102 | 102 | 97 | 97.15 | 6977000 | 19.43 |
| 5/9/2007 | 102.26 | 105.1 | 102.09 | 104.18 | 3371000 | 20.52 |
| 5/8/2007 | 104.01 | 104.49 | 101.49 | 102.23 | 3590000 | 20.13 |
| 5/7/2007 | 103.25 | 105.98 | 103.17 | 105.21 | 3302000 | 20.72 |
| 5/4/2007 | 102.3 | 104.05 | 101.1 | 102.64 | 3571000 | 20.21 |
| 5/3/2007 | 102.25 | 104.05 | 100.26 | 102.23 | 4600500 | 20.13 |
| 5/2/2007 | 97.7 | 102.75 | 97.69 | 101.85 | 9035000 | 20.06 |
| 5/1/2007 | 96.53 | 97.59 | 96.25 | 96.77 | 4262000 | 19.06 |
| 4/30/2007 | 97.4 | 97.75 | 95.69 | 96.76 | 4088000 | 19.05 |
| 4/27/2007 | 96.6 | 103 | 96.35 | 98.4 | 5176000 | 19.38 |
| 4/26/2007 | 96.25 | 97 | 96.22 | 96.4 | 3131000 | 18.98 |
| 4/25/2007 | 97.59 | 97.61 | 96.21 | 96.35 | 2653500 | 18.97 |
| 4/24/2007 | 96.2 | 96.92 | 95.85 | 96.35 | 5325500 | 18.97 |
| 4/23/2007 | 96.5 | 97.69 | 94.74 | 95.77 | 5924500 | 18.86 |
| 4/20/2007 | 98 | 99.08 | 96.24 | 96.26 | 4945500 | 18.96 |
| 4/19/2007 | 95.75 | 96.64 | 94.4 | 96.61 | 4427500 | 19.02 |
| 4/18/2007 | 95.75 | 97.55 | 94.51 | 96.83 | 3975000 | 19.07 |
| 4/17/2007 | 96.53 | 98.28 | 95.72 | 96.3 | 4652000 | 18.96 |
| 4/16/2007 | 96.79 | 98.03 | 96 | 96.52 | 2364000 | 19.01 |
| 4/13/2007 | 96.25 | 97.5 | 95.42 | 96.54 | 5260000 | 19.01 |
| 4/12/2007 | 91.37 | 96.61 | 91.37 | 96.22 | 10457500 | 18.95 |
| 4/11/2007 | 96.01 | 97.38 | 93.94 | 94.7 | 7148000 | 18.65 |
| 4/10/2007 | 99.85 | 99.99 | 96.02 | 96.31 | 6373000 | 18.97 |
| 4/9/2007 | 98.81 | 100.39 | 97.93 | 99.59 | 3980000 | 19.61 |
| 4/5/2007 | 97.4 | 97.74 | 96.5 | 96.87 | 3421000 | 19.08 |
| 4/4/2007 | 98 | 98.9 | 96.62 | 98.57 | 4622000 | 19.41 |
| 4/3/2007 | 98.8 | 98.85 | 97.68 | 98.01 | 3019500 | 19.3 |
| 4/2/2007 | 95.2 | 97.73 | 95.2 | 97.62 | 3989500 | 19.22 |

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 3/30/2007 | 97.3 | 97.49 | 94.55 | 94.84 | 3748500 | 18.68 |
| 3/29/2007 | 98.01 | 99.17 | 95.05 | 96.23 | 7916000 | 18.95 |
| 3/28/2007 | 95.35 | 98.3 | 94.75 | 97.6 | 7415000 | 19.22 |
| 3/27/2007 | 96.61 | 96.87 | 95.27 | 95.88 | 3522000 | 18.88 |
| 3/26/2007 | 96.2 | 96.83 | 94.6 | 96.6 | 4672000 | 19.02 |
| 3/23/2007 | 95.01 | 96.97 | 95 | 96.68 | 3001000 | 19.04 |
| 3/22/2007 | 95 | 96.45 | 94.42 | 95.43 | 4391500 | 18.79 |
| 3/21/2007 | 94.05 | 96.15 | 94.05 | 94.97 | 9866000 | 18.7 |
| 3/20/2007 | 95.93 | 95.93 | 92 | 93.55 | 8089000 | 18.42 |
| 3/19/2007 | 88.4 | 96.95 | 88.4 | 94.01 | 17173500 | 18.51 |
| 3/16/2007 | 85.95 | 88.57 | 85.75 | 88.02 | 6327000 | 17.33 |
| 3/15/2007 | 85.48 | 87.93 | 83.93 | 87.42 | 6472500 | 17.21 |
| 3/14/2007 | 83.85 | 85.96 | 81.76 | 85.63 | 6688500 | 16.86 |
| 3/13/2007 | 87.85 | 87.97 | 83.42 | 83.94 | 6426500 | 16.53 |
| 3/12/2007 | 88.7 | 89.69 | 86.79 | 87.84 | 7133500 | 17.3 |
| 3/9/2007 | 89.5 | 90.99 | 86.86 | 87.69 | 5279500 | 17.27 |
| 3/8/2007 | 86.25 | 89.69 | 85.77 | 89.07 | 8911000 | 17.54 |
| 3/7/2007 | 83.01 | 85.16 | 82.62 | 83.78 | 9387500 | 16.5 |
| 3/6/2007 | 79.42 | 84.5 | 79.42 | 83.48 | 11442500 | 16.44 |
| 3/5/2007 | 78.17 | 80 | 75.37 | 77.88 | 12778500 | 15.34 |
| 3/2/2007 | 79.96 | 82.61 | 79.14 | 81.41 | 8587500 | 16.03 |
| 3/1/2007 | 80 | 82.17 | 75.39 | 80.24 | 19344000 | 15.8 |
| 2/28/2007 | 78.14 | 82.5 | 77 | 80.46 | 9064000 | 15.84 |
| 2/27/2007 | 84 | 85 | 78.22 | 78.94 | 11322000 | 15.54 |
| 2/26/2007 | 86.7 | 87.39 | 85.24 | 86.19 | 1911000 | 16.97 |
| 2/23/2007 | 86.65 | 87.5 | 85.81 | 86.51 | 2670000 | 17.04 |
| 2/22/2007 | 86.75 | 87.89 | 85.5 | 86.11 | 3284000 | 16.96 |
| 2/21/2007 | 90.19 | 90.19 | 85.78 | 86.39 | 5515000 | 17.01 |
| 2/20/2007 | 86.5 | 90.54 | 85.53 | 90.18 | 7220000 | 17.76 |
| 2/16/2007 | 86.06 | 87.44 | 85.66 | 86.33 | 2166000 | 17 |
| 2/15/2007 | 88 | 88.11 | 85.81 | 86.06 | 3359500 | 16.95 |
| 2/14/2007 | 86.4 | 88.27 | 86.18 | 87.75 | 2202000 | 17.28 |
| 2/13/2007 | 85.59 | 86.65 | 84.86 | 86.08 | 4904500 | 16.95 |
| 2/12/2007 | 85.6 | 86.25 | 83.8 | 84.8 | 3726500 | 16.7 |
| 2/9/2007 | 86.55 | 87.22 | 85.2 | 85.5 | 3483000 | 16.84 |
| 2/8/2007 | 86 | 86.77 | 85.97 | 86.25 | 2628500 | 16.98 |
| 2/7/2007 | 87.57 | 88.38 | 86.01 | 87.8 | 1966000 | 17.29 |
| 2/6/2007 | 87.66 | 89.13 | 87.05 | 87.98 | 2363500 | 17.33 |
| 2/5/2007 | 87.02 | 87.81 | 86.27 | 87.48 | 1587000 | 17.23 |
| 2/2/2007 | 86.7 | 86.94 | 85.7 | 86.76 | 2638000 | 17.08 |
| 2/1/2007 | 86.85 | 88.67 | 86.17 | 86.93 | 2915500 | 17.12 |
| 1/31/2007 | 86.65 | 86.9 | 84.2 | 85.43 | 2284500 | 16.82 |
| 1/30/2007 | 84.43 | 86.65 | 84.09 | 86.26 | 2958500 | 16.99 |
| 1/29/2007 | 85.3 | 86.59 | 84.08 | 84.43 | 2643500 | 16.63 |
| 1/26/2007 | 85.2 | 85.4 | 83.27 | 85.01 | 2770000 | 16.74 |
| 1/25/2007 | 86.75 | 86.75 | 84.12 | 84.46 | 2911500 | 16.63 |
| 1/24/2007 | 85.7 | 87.5 | 85.05 | 86.8 | 4761000 | 17.09 |
| 1/23/2007 | 83 | 85.25 | 82.2 | 84.86 | 5138500 | 16.71 |
| 1/22/2007 | 78.8 | 84 | 78.78 | 82.08 | 8119500 | 16.16 |
| 1/19/2007 | 77.1 | 79.04 | 76.36 | 78.7 | 3039500 | 15.5 |
| 1/18/2007 | 77.95 | 79 | 76.84 | 76.93 | 2403000 | 15.15 |
| 1/17/2007 | 76.45 | 78.98 | 76 | 78.1 | 3356500 | 15.38 |

| Date | Open | High | Low | Close | Volume | Adj |
|---|---|---|---|---|---|---|
| 1/16/2007 | 77.5 | 78.13 | 76.13 | 76.35 | 2879500 | 15.03 |
| 1/12/2007 | 77.75 | 77.9 | 75.95 | 76.91 | 2418500 | 15.15 |
| 1/11/2007 | 75.05 | 77.89 | 74.52 | 77.02 | 5109500 | 15.17 |
| 1/10/2007 | 73.2 | 75.52 | 73 | 75.23 | 3872500 | 14.81 |
| 1/9/2007 | 77.34 | 77.56 | 73.73 | 73.93 | 6334500 | 14.56 |
| 1/8/2007 | 76.5 | 77.97 | 75.96 | 77.09 | 4066500 | 15.18 |
| 1/5/2007 | 78.3 | 78.5 | 75.08 | 75.31 | 4077000 | 14.83 |
| 1/4/2007 | 79.09 | 79.13 | 76.65 | 78.55 | 3026500 | 15.47 |
| 1/3/2007 | 80.9 | 80.95 | 78.72 | 79.09 | 3638500 | 15.57 |
| ######## | 80.5 | 80.83 | 78.72 | 78.95 | 2405000 | 15.55 |
| ######## | 80.53 | 81.73 | 80.05 | 80.25 | 3858000 | 15.8 |
| ######## | 77.7 | 80.17 | 77.65 | 79.7 | 3212500 | 15.69 |
| ######## | 77.1 | 77.52 | 76.86 | 77.51 | 1001000 | 15.26 |
| ######## | 77.35 | 77.35 | 76 | 76.81 | 2107500 | 15.13 |
| ######## | 77 | 77.26 | 76.46 | 77.19 | 2005000 | 15.2 |
| ######## | 76.99 | 77.59 | 76.79 | 76.9 | 2827000 | 15.14 |
| ######## | 76.8 | 78.92 | 75.07 | 76.99 | 3475500 | 15.16 |
| ######## | 76.7 | 77.91 | 75.96 | 77.02 | 4006000 | 15.17 |
| ######## | 75.75 | 77.08 | 75.75 | 76.54 | 4140000 | 15.07 |
| ######## | 75.75 | 78.21 | 73.7 | 76 | 7436500 | 14.97 |
| ######## | 80.1 | 80.25 | 76.85 | 77.19 | 5568000 | 15.2 |
| ######## | 82.1 | 82.15 | 78.66 | 79.97 | 6056000 | 15.75 |
| ######## | 80.25 | 81.51 | 79.35 | 81.15 | 4757000 | 15.98 |
| 12/8/2006 | 81.85 | 82.14 | 81.15 | 81.8 | 2764500 | 16.11 |
| 12/7/2006 | 81 | 82.15 | 80.35 | 81.88 | 6648500 | 16.12 |
| 12/6/2006 | 82 | 82.61 | 81.1 | 81.17 | 4673000 | 15.98 |
| 12/5/2006 | 81 | 82.29 | 80.55 | 82.05 | 4899000 | 16.16 |
| 12/4/2006 | 76.95 | 82.72 | 76.55 | 81.73 | 9684000 | 16.09 |
| 12/1/2006 | 77 | 77.62 | 76.13 | 77.2 | 6232000 | 15.2 |
| ######## | 74.1 | 77.33 | 73.7 | 76.09 | 14246000 | 14.98 |
| ######## | 70.62 | 73.94 | 70.62 | 73.01 | 10569000 | 14.38 |
| ######## | 68.07 | 68.42 | 67.37 | 68.24 | 1983000 | 13.44 |
| ######## | 70.48 | 70.51 | 68.05 | 68.07 | 2470000 | 13.4 |
| ######## | 69.92 | 70.7 | 69.61 | 70.23 | 1111000 | 13.83 |
| ######## | 70 | 70.9 | 69.66 | 69.92 | 973500 | 13.77 |
| ######## | 68.55 | 70.4 | 68.55 | 69.52 | 3371000 | 13.69 |
| ######## | 66.8 | 68.49 | 66.7 | 68.4 | 3217000 | 13.47 |
| ######## | 67.58 | 67.63 | 66.09 | 66.54 | 1700000 | 13.1 |
| ######## | 67.25 | 67.93 | 66.8 | 67.36 | 2909500 | 13.26 |
| ######## | 66.65 | 67.35 | 66.28 | 67.25 | 2909000 | 13.24 |
| ######## | 67.3 | 67.98 | 66.33 | 66.65 | 3944500 | 13.12 |
| ######## | 66.15 | 67.8 | 66.09 | 67.16 | 2823500 | 13.23 |
| ######## | 66.05 | 66.39 | 65.51 | 65.91 | 1229500 | 12.98 |
| 11/9/2006 | 66.25 | 66.49 | 65.57 | 65.86 | 2524000 | 12.97 |
| 11/8/2006 | 64.61 | 65.69 | 63.3 | 65.53 | 3371000 | 12.9 |
| 11/7/2006 | 65.35 | 65.5 | 64.7 | 64.79 | 2166500 | 12.76 |
| 11/6/2006 | 64.4 | 65.46 | 64.4 | 64.99 | 2323500 | 12.8 |
| 11/3/2006 | 64.6 | 64.71 | 63.77 | 64.17 | 1681000 | 12.64 |
| 11/2/2006 | 64.65 | 65.3 | 63.77 | 64.76 | 2802000 | 12.75 |
| 11/1/2006 | 65.9 | 66.23 | 64.51 | 64.75 | 2122000 | 12.75 |
| ######## | 64.58 | 66.5 | 64.26 | 65.99 | 1674500 | 12.99 |
| ######## | 64.95 | 65 | 63.8 | 64.97 | 1662000 | 12.79 |

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| ######## | 66 | 66 | 64.9 | 65.07 | 1214500 | 12.81 |
| ######## | 67 | 67.03 | 65.55 | 66.06 | 2185000 | 13.01 |
| ######## | 65.57 | 66.3 | 65.03 | 66 | 3434000 | 13 |
| ######## | 63.79 | 65.57 | 63.5 | 65.25 | 3553000 | 12.85 |
| ######## | 62.5 | 63.87 | 62.28 | 63.6 | 2111500 | 12.52 |
| ######## | 62.38 | 63.25 | 61.5 | 63.16 | 2093500 | 12.44 |
| ######## | 63.06 | 63.25 | 62.67 | 63.04 | 1472000 | 12.41 |
| ######## | 62.54 | 63.4 | 62.5 | 62.75 | 3090000 | 12.36 |
| ######## | 63.5 | 63.5 | 61.77 | 62.29 | 3400000 | 12.27 |
| ######## | 63.65 | 64.16 | 62.78 | 63.7 | 3580500 | 12.54 |
| ######## | 62.17 | 63.8 | 61.57 | 63.16 | 3988500 | 12.44 |
| ######## | 60.55 | 62.29 | 60.55 | 62.17 | 5319000 | 12.24 |
| ######## | 61.13 | 61.13 | 59.85 | 60.3 | 3689000 | 11.87 |
| ######## | 61.42 | 62.49 | 60.54 | 61.02 | 3449500 | 12.02 |
| 10/9/2006 | 61.75 | 62 | 61.16 | 61.67 | 3400500 | 12.14 |
| 10/6/2006 | 62.51 | 62.51 | 61.1 | 61.75 | 2341000 | 12.16 |
| 10/5/2006 | 60.9 | 63.14 | 60.5 | 62.6 | 5365000 | 12.33 |
| 10/4/2006 | 59.15 | 61.23 | 58.91 | 61.15 | 4387500 | 12.04 |
| 10/3/2006 | 59 | 59.6 | 58.36 | 59.17 | 3424000 | 11.65 |
| 10/2/2006 | 61.09 | 61.09 | 59.36 | 59.91 | 3444000 | 11.8 |