# EXHIBIT II


ALTIMO

**PRESS RELEASE**

14 March 2007

**Altimo Borrows $1.5 billion to Develop Projects in Eurasia**

Altimo, a leading $14 billion international telecoms investment group, and Deutsche Bank have entered into an agreement to provide Altimo with a two year, $1.5 billion loan.

The size of the loan testifies to a high level of trust of the international banking and investment community in Altimo's operations in global telecommunications markets.

Altimo intends to use the funds to develop its investment projects in emerging mobile communications markets in Eurasia.

In particular, Altimo has made clear its intention to enter the rapidly growing markets in South and South East Asia such as India, Indonesia, and Vietnam. These markets appear to be promising for Altimo in terms of their large populations, fast and dynamic economic growth, and relatively low level of penetration of mobile communications.

In November and December 2006, Altimo announced opening representative offices in Hanoi (Vietnam) and Jakarta (Indonesia). Altimo international headquarters have been set up in London to coordinate global operations.

Altimo confirms its strategy aimed at implementing new investment projects and expanding operations in emerging Eurasian markets.

ENDS

**For further information, please contact:**

Altimo
Kirill Babaev, Vice President                                  +7 (495) 728 1210

Cubitt Consulting
Michael Henman/John Beresford-Peirse                + 44 (0) 207 367 5100

Notes to editors

Altimo specialises in telecoms investments in Russia, Eastern Europe and the CIS. With assets worth $14 billion, its stakes include: 36.9% of the voting interest of VimpelCom, one of Russia's two biggest mobile phone companies (New York Stock Exchange listed: VIP); 25.1% of MegaFon, the third largest GSM provider in Russia; 43.5% of Kievstar, Ukraine's largest mobile phone company; 30% of Golden Telecom, Russia and Ukraine's leading fixed line operator (NASDAQ listed: GLDN); 13.2% of Turkcell, Turkey's largest mobile company (NYSE listed: TKC); and 100% of Sky Mobile, the largest mobile provider in Kyrgyzstan. Together, Altimo's investee companies have more than 140 million mobile phone subscribers.

Altimo is focused on making new investments in high growth emerging markets, notably in South East Asia, as well as looking at the possibility of forming a strategic partnership with a Western European mobile operating company to jointly develop new opportunities in emerging markets.



ПРЕСС-РЕЛИЗ

14 марта 2007

**Altimo заняла $ 1,5 млрд. на развитие своих проектов в странах Евразии**

Компания Altimo и Deutsche Bank заключили соглашение о выделении Altimo кредита в размере 1,5 млрд. долларов США на срок два года.

Размер кредита свидетельствует о высоком доверии международного банковского и инвестиционного сообщества к деятельности Altimo на мировых рынках телекоммуникаций.

Altimo планирует использовать указанные средства на развитие своих инвестиционных проектов на развивающихся рынках мобильной связи стран Евразии.

В частности, компания неоднократно заявляла о своём стремлении выйти на такие быстро растущие рынки Южной и Юго-Восточной Азии, как Индия, Индонезия и Вьетнам. Данные рынки представляются перспективными для Altimo с точки зрения большого населения, быстрого и динамичного экономического роста и относительно низкого уровня проникновения мобильной связи.

В ноябре и декабре 2006 года Altimo объявила об открытии представительских офисов компании в Ханое (Вьетнам) и Джакарте (Индонезия). Для координации международной деятельности создана международная штаб-квартира Altimo в Лондоне.

Altimo подтверждает свою стратегию, направленную на осуществление новых инвестиционных проектов и расширение деятельности на развивающихся рынках стран Евразии.

ПРЕСС-СЛУЖБА ALTIMO

119435, РОССИЯ, МОСКВА, САВВИНСКАЯ НАБ., Д. 11    ТЕЛ.: (495) 981-44-88, ФАКС: (495) 981-44-48