# EXHIBIT MM

3                                                                                          Equity**BBDP**

| Search | GO | Options | Related Info | BN Mar 12 2007 6:18:54 |

Russian Altimo Raises Stake in VimpelCom to 39.5% (Update1)                Page 1/3

(Adds Telenor comment in last paragraph.)

By Lyubov Pronina
     March 12 (Bloomberg) -- Alfa Group, Russian billionaire
Mikhail Fridman's holding company, will raise its stake in OAO
VimpelCom to 39.5 percent as part of its fight with Telenor ASA
for control of Russia's second-largest mobile phone company.
     A unit of Alfa agreed on March 7, 8 and 9 to spend more than
$142.7 million exercising options to buy 1.8 percent of
VimpelCom's stock, according to U.S. Securities and Exchange
Commission filings dated March 8 and 9.
     Moscow-based Altimo and Telenor are fighting a legal battle
over VimpelCom's expansion into Ukraine, where both companies
already own telecommunications assets. Both companies applied
with the Russian Federal Anti-Monopoly Service to get a
controlling stake in VimpelCom while seeking each other's exit
from the company.
     ``The 40 percent give us the opportunity to ensure our
shareholder rights and a structural control over the company,''

Australia 61 2 9777 8600         Brazil 5511 3048 4500         Europe 44 20 7330 7500         Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2007 Bloomberg L.P.
                                                                              H195-661-0 05-Oct-2007 17:53:02

**Bloomberg**
TERMINAL

<MENU> to return to headlines.                                   Equity**BBDP**

| Search | GO | Options | Related Info | BN Mar 12 2007 8:18:54 |

Russian Altimo Raises Stake in VimpelCom to 39.5% (Update1)      Page 2/3

Altimo's vice president Kirill Babayev, said in a telephone interview from Moscow today. He declined to say whether Altimo plans to further increase its stake.

   Alfa agreed to buy 675,000 million American depositary receipts for $82.6 each, 818,400 for $84.2 apiece and another 205,900 for $87.6 per ADR, according to the filings. The transactions are expected to be completed this month.

   Telenor, the Nordic region's biggest phone company by revenue, owns a 26.6 percent stake in VimpelCom. VimpelCom has more than 55 million subscribers in Russia and other former Soviet countries.

   Alfa's transaction ``has no impact on the corporate governance of VimpelCom, as the shareholders agreement remains in place until one of the parties exceeds 50 percent,'' said Anna Ivanova-Galitsina, a spokeswoman for Telenor Russia.

--Editor: Akkermans.

Story illustration: To graph VimpelCom shares, click
 VIP US <Equity> GP <GO> . For functions on the company's financial accounts, see  VIP US <Equity> FA <GO> .

Australia 61 2 9777 8600      Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2007 Bloomberg L.P.
                                                                          H195-661-0 05-Oct-2007 17:53:03

**Bloomberg**
TERMINAL

```
<MENU> to return to headlines.                                    EquityBBDP

| Search          [    ] GO | Options | Related Info |   BN Mar 12 2007 8:18:54    |
| Russian Altimo Raises Stake in VimpelCom to 39.5% (Update1)     |   Page 3/3    |
```

To contact the reporter on this story:
Lyubov Pronina in Moscow at +7-495-771-7732 or
lpronina@bloomberg.net.

To contact the editor responsible for this story:
Lars Klemming at +46-8-610-0728 or
lklemming@bloomberg.net.

[TAGINFO]