# EXHIBIT SS

Altimo secures USD 750m loan with Kyivstar stake, wants to raise stake in VimpelCom

Main body : Altimo has reached an agreement with Credit Suisse over a USD 750m loan, reported RBK Daily referring to Reuters, citing, in turn, Altimo financial director Teijo Pankko. Altimo manages telecommunication assets of Russian Alfa Group, the report noted. According to Pankko, the loan will be secured with 43.5% Altimo shares in Ukrainian mobile operator Kyivstar, the article noted. Pankko also said that Altimo will use the loan to increase its stake in listed Russian mobile telco VimpeCom, the paper continued. According to experts, Altimo could also use the money for foreign acquisitions. See other intelligence on companies looking to buy in the (sub-) sector in the last three months See intelligence on companies for sale in the (sub-)sector in the last three months See recently announced transactions in the (sub-)sector in the last six months League Table of top financial advisors to the sector in the last 12 months. Source : RBK Daily Value : 750 m GBP (Altimo loan) Stake Value : more than 30% inclusive Grade :