Федеральный закон от 26 декабря 1995 г. N 208-ФЗ
"Об акционерных обществах"
(с изменениями от 13 июня 1996 г., 24 мая 1999 г., 7 августа 2001 г., 21 марта, 31 октября 2002 г., 27 февраля 2003 г., 24 февраля, 6 апреля, 2, 29 декабря 2004 г., 27, 31 декабря 2005 г., 5 января, 27 июля, 18 декабря 2006 г., 5 февраля, 24 июля 2007 г.)

Принят Государственной Думой 24 ноября 1995 года

**Статья 84.2.** Обязательное предложение о приобретении акций открытого общества, а также иных эмиссионных ценных бумаг, конвертируемых в акции открытого общества



1. Лицо, которое приобрело более 30 процентов общего количества акций открытого общества, указанных в пункте 1 статьи 84.1 настоящего Федерального закона, с учетом акций, принадлежащих этому лицу и его аффилированным лицам, в течение 35 дней с момента внесения соответствующей приходной записи по лицевому счету (счету депо) или с момента, когда это лицо узнало или должно было узнать о том, что оно самостоятельно или совместно с его аффилированными лицами владеет указанным количеством таких акций, обязано направить акционерам - владельцам остальных акций соответствующих категорий (типов) и владельцам эмиссионных ценных бумаг, конвертируемых в такие акции, публичную оферту о приобретении у них таких ценных бумаг (далее - обязательное предложение).

Обязательное предложение считается сделанным всем владельцам соответствующих ценных бумаг с момента его поступления в открытое общество.

До истечения срока принятия обязательного предложения лицо, направившее обязательное предложение, не вправе приобретать ценные бумаги, в отношении которых сделано обязательное предложение, на условиях, отличных от условий обязательного предложения.

2. В обязательном предложении должны быть указаны:

имя или наименование лица, направившего обязательное предложение, и иные предусмотренные пунктом 3 статьи 84.1 настоящего Федерального закона сведения, а также информация о его месте жительства или месте нахождения;

имя или наименование акционеров открытого общества, являющихся аффилированными лицами лица, направившего обязательное предложение;

количество акций открытого общества, принадлежащих лицу, направившему обязательное предложение, и его аффилированным лицам;

вид, категория (тип) приобретаемых ценных бумаг;

предлагаемая цена приобретаемых ценных бумаг или порядок ее определения (с учетом требований абзаца шестого пункта 2 статьи 84.1 настоящего Федерального закона), а также ее обоснование, в том числе сведения о соответствии предлагаемой цены приобретаемых ценных бумаг требованиям пункта 4 настоящей статьи;

срок принятия обязательного предложения (срок, в течение которого заявление о продаже ценных бумаг должно быть получено лицом, направившим обязательное предложение), который не может быть менее чем 70 и более чем 80 дней с момента получения обязательного предложения открытым обществом;

почтовый адрес, по которому должны направляться заявления о продаже ценных бумаг;

срок, в течение которого ценные бумаги должны быть зачислены на лицевой счет (счет депо) лица, направившего обязательное предложение. При этом указанный срок не может быть менее чем 15 дней со дня истечения срока принятия обязательного предложения;

срок оплаты ценных бумаг, который не может быть более чем 15 дней с момента внесения соответствующей приходной записи по лицевому счету (счету депо) лица, направившего обязательное предложение;

порядок и форма оплаты ценных бумаг;

сведения о лице, направившем обязательное предложение, подлежащие указанию в распоряжении о передаче ценных бумаг;

сведения о гаранте, предоставившем банковскую гарантию в соответствии с пунктом 3 настоящей статьи, и об условиях банковской гарантии.

В случае определения рыночной стоимости ценных бумаг независимым оценщиком к обязательному предложению, направляемому в открытое общество, должна прилагаться копия отчета независимого оценщика о рыночной стоимости выкупаемых ценных бумаг.

В обязательном предложении, касающемся приобретения ценных бумаг, обращающихся на торгах организаторов торговли на рынке ценных бумаг, должна содержаться сделанная федеральным органом исполнительной власти по рынку ценных бумаг отметка о дате представления ему предварительного уведомления, предусмотренного статьей 84.9 настоящего Федерального закона.

В обязательном предложении могут быть указаны планы лица, направившего обязательное предложение, в отношении открытого общества, в том числе планы в отношении его работников, а также адрес, по которому заявления о продаже ценных бумаг могут представляться лично.

Не допускается устанавливать в обязательном предложении условия, не предусмотренные настоящим пунктом.

3. К обязательному предложению должна быть приложена банковская гарантия, соответствующая требованиям пункта 5 статьи 84.1 настоящего Федерального закона.

4. Цена приобретаемых ценных бумаг на основании обязательного предложения не может быть ниже их средневзвешенной цены, определенной по результатам торгов организатора торговли на рынке ценных бумаг за шесть месяцев, предшествующих дате направления обязательного предложения в федеральный орган исполнительной власти по рынку ценных бумаг в соответствии с пунктами 1 и 2 статьи 84.9 настоящего Федерального закона. Если ценные бумаги обращаются на торгах двух и более организаторов торговли на рынке ценных бумаг, их средневзвешенная цена определяется по результатам торгов всех организаторов торговли на рынке ценных бумаг, где указанные ценные бумаги обращаются шесть и более месяцев.

В случае, если ценные бумаги не обращаются на торгах организаторов торговли на рынке ценных бумаг или обращаются на торгах организаторов торговли на рынке ценных бумаг менее чем шесть месяцев, цена приобретаемых ценных бумаг не может быть ниже их рыночной стоимости, определенной независимым оценщиком. При этом оценивается рыночная стоимость одной соответствующей акции (иной ценной бумаги).

Если в течение шести месяцев, предшествующих дате направления в открытое общество обязательного предложения, лицо, направившее обязательное предложение, или его аффилированные лица приобрели либо приняли на себя обязанность приобрести соответствующие ценные бумаги, цена приобретаемых ценных бумаг на основании обязательного предложения не может быть ниже наибольшей цены, по которой указанные лица приобрели или приняли на себя обязанность приобрести эти ценные бумаги.

5. Обязательным предложением должна предусматриваться оплата приобретаемых ценных бумаг деньгами.

Обязательным предложением может предоставляться возможность выбора формы оплаты приобретаемых ценных бумаг деньгами или другими ценными бумагами владельцам приобретаемых ценных бумаг.

Денежная оценка ценных бумаг, которыми может осуществляться оплата приобретаемых ценных бумаг, должна быть не выше средневзвешенной цены, определенной по результатам торгов организаторов торговли на рынке ценных бумаг за шесть месяцев, предшествующих дате направления обязательного предложения в открытое общество, а если ценные бумаги не обращаются на торгах организаторов торговли на рынке ценных бумаг или обращаются на торгах организаторов торговли на рынке ценных бумаг менее чем шесть месяцев, - не выше их рыночной стоимости, определенной независимым оценщиком. Документы, подтверждающие денежную оценку указанных ценных бумаг, прилагаются к обязательному предложению.

6. С момента приобретения более 30 процентов общего количества акций открытого общества, указанных в пункте 1 настоящей статьи, и до даты направления в открытое общество обязательного предложения, соответствующего требованиям настоящей статьи, лицо,

указанное в пункте 1 настоящей статьи, и его аффилированные лица имеют право голоса только по акциям, составляющим 30 процентов таких акций. При этом остальные акции, принадлежащие этому лицу и его аффилированным лицам, голосующими акциями не считаются и при определении кворума не учитываются.

7. Правила настоящей статьи распространяются на приобретение доли акций открытого общества (указанных в пункте 1 статьи 84.1 настоящего Федерального закона), превышающей 50 и 75 процентов общего количества таких акций открытого общества. В этом случае установленные пунктом 6 настоящей статьи ограничения распространяются только в отношении вновь приобретенных акций, превышающих соответствующую долю.

8. Требования настоящей статьи не применяются при:

приобретении акций при учреждении или реорганизации открытого общества;

приобретении акций на основании ранее направленного добровольного предложения о приобретении всех ценных бумаг открытого общества, предусмотренных пунктом 1 настоящей статьи, в случае, если такое добровольное предложение соответствует требованиям пунктов 2-5 настоящей статьи;

приобретении акций на основании ранее направленного обязательного предложения;

передаче акций лицом его аффилированным лицам или передаче акций лицу его аффилированными лицами, а также в результате раздела общего имущества супругов и в порядке наследования;

погашении части акций открытым обществом;

приобретении акций в результате осуществления акционером преимущественного права на приобретение размещаемых дополнительных акций;

приобретении акций в результате их размещения лицом, указанным в проспекте ценных бумаг в качестве лица, оказывающего услуги по организации размещения и (или) размещению акций, при условии, что срок владения такими ценными бумагами этим лицом составляет не более чем шесть месяцев;

направлении в открытое общество уведомления владельцам ценных бумаг о наличии у них права требовать выкупа ценных бумаг в соответствии со статьей 84.7 настоящего Федерального закона;

направлении в открытое общество требования о выкупе ценных бумаг в соответствии со статьей 84.8 настоящего Федерального закона.

**FEDERAL LAW
NO. 208-FZ OF DECEMBER 26, 1995
ON JOINT-STOCK COMPANIES
(with the Additions and Amendments of June 13, 1996, May 24,
1999, August 7, 2001, March 21, October 31, 2002, February 27,
2003, February 24, April 6, December 2, 29, 2004, December 27,
31, 2005, January 5, July 27, 2006, February 5, July 24, 2007)**

Adopted by the State Duma on November 24, 1995

**Article 84.2.** Obligatory Offer to Acquire the Stocks of an Open Company, a Well as Other Issuable Securities Convertible into Stocks of the Open Company

**1.** A person that has acquired over 30 per cent of the total number of the stocks of an open company indicated in Item 1 of Article 84.1 of this Federal Law subject to the stocks, possessed by this person and affiliated persons thereof, shall be obliged within 35 days, as of the time of making the appropriate receipt entry into the personal account (depo account) or from the moment when the person learned or had to learn that he independently or jointly with his affiliated persons owns the indicated number of such shares, to send to the stockholders possessing the remaining stocks of the appropriate categories (types) and to holders of the issuable securities convertible into such stocks, a public offer to acquire such securities thereof (hereinafter referred to as an obligatory offer).

An obligatory offer shall be deemed made to all holders of the appropriate securities as of the time of its receipt by an open company.

Before the expiry of the time period for acceptance of an obligatory offer the person, that sent the obligatory offer, shall not be entitled to acquire the securities, in respect of which the obligatory offer is made, under terms that differ from those of the obligatory offer.

**2.** The following must be indicated in a voluntary offer:

name or denomination of the person making the obligatory offer and other data provided for by Item 3 of Article 84.1 of this Federal Law, as well as information on its place of residence or location;

name or denomination of the shareholders of an open company which are affiliated persons of the person that sent the obligatory offer;

number of shares of an open company possessed by the person that sent the obligatory offer and by affiliated persons thereof;

kind, category (type) and number of the securities to be acquired;

bid for the securities to be acquired or procedure for determining it (taking into account the requirements of paragraph six of Item 2 of Article 84.1 of this Federal Law), as well as its substantiation, including data on the compliance of the bid for the securities to be acquired with the requirements of Item 4 of this Article;

time period for acceptance of the obligatory offer (time period within which an application for sale of securities must be received by the person that has sent the obligatory offer) that may not be less than 70 and more than 80 days as of the time of an open company receiving the obligatory offer;

postal address to which an application for sale of securities must be sent;

time period within which the securities must be entered to the personal account (depo account) of the person that has sent the obligatory offer. For this, the said time period may not be less that 15 days as of the date of expiry of the time period for acceptance of the obligatory offer;

time period for payment for the securities that may not be more than 15 days as of time of making the appropriate receipt entry on the personal account (depo account) of the person that sent the obligatory offer;

data on the person that sent the obligatory offer to be shown in an order to transfer securities;

data on the guarantor that has granted a bank guarantee in compliance with Item 3 of this Article and on the terms of the bank guarantee.

In the event of an independent appraiser determining the market value of securities, a copy of a report of the independent appraiser on the market value of the securities to be purchased must be attached to the obligatory offer sent to an open company.

An obligatory offer concerning acquisition of securities circulating in auctions, arranged by trade promoters on the securities market, must contain a note, made by the federal executive body in charge of the securities market, on the date of submitting thereto the preliminary notification provided for by Article 84.9 of this Federal Law.

An obligatory offer may contain plans of the person that has sent the obligatory offer in respect of the open company, including plans in respect of the employees thereof, as well as the address at which applications for sale of securities can be personally presented.

It shall not be allowable to state in an obligatory offer terms that are not provided for by this Item.

**3.** A bank guarantee complying with the requirements of Item 5 of Article 84.1 of this Federal Law must be attached to an obligatory offer.

**4.** The price of the securities to be acquired which is based on an obligatory offer may not be less that the average weighted price thereof determined on the basis of the results of auctions arranged by a trade promoter on the securities market within the six months preceding the date of sending the obligatory offer to the federal executive body in charge of the securities market in compliance with Items 1 and 2 of Article 84.9 of this Federal Law. If securities circulate in auctions arranged by two and more trade promoters on the securities market, their average weighted price shall be determined on the basis of the results of actions arranged by all the trade promoters on the securities market where the said securities have circulated six and more months.

If securities do not circulate in auctions arranged by trade promoters on the securities market or have circulated in auctions of trade promoters on the securities market for less that six months, the price of the securities to be acquired may not be less that the market value thereof determined by an independent appraiser. For this the market value of one appropriate stock (other security) shall be assessed.

If within six months preceding the date of sending to an open company an obligatory offer the person that sent the obligatory offer or affiliated persons thereof, has acquired or undertaken to acquire the appropriate securities, the price of the securities to be acquired may not be less that the maximum price at which the said persons acquired or undertook to acquire these securities.

**5.** An obligatory offer must provide for payment for the securities to be acquired in monetary funds.

An obligatory offer may provide for an opportunity to chose the form of payment for holders of the securities to be acquired to chose the form of payment for these securities in monetary funds or in other securities.

The value in monetary terms of the securities that may be used for payment for the securities to be acquired must not exceed the average weighted price determined on the basis of the results of auctions arranged by trade promoters on the securities market within the six months preceding the date of sending the obligatory offer to the open company or, if securities do not circulate in auctions of trade promoters on the securities market or have circulated in auctions of trade promoters on the securities market for less than six months, it must not exceed their market value determined by an independent appraiser. The documents, proving the value of the said securities in monetary terms, shall be attached to the obligatory offer.

**6.** From the time of acquiring over 30 per cent of the total number of the stocks of an open company, specified in Item 1 of this Article, and up to the date of sending to the open company an obligatory offer complying with the requirements of this Article, the person specified in Item 1 of this Article and affiliated persons thereof shall be entitled to vote solely with respect to the stocks constituting 30 per cent of the said stocks. For this, the remaining stocks, possessed by this person and by affiliated persons thereof, shall not be deemed to be voting shares and shall not be taken into account when mustering a quorum.

**7.** The rules of this Article shall extend to acquisition to a share of the stocks (specified in Item 1 of Article 84.1 of this Federal Law) that exceeds 50 and 75 per cent of the total number of such stocks of an open company. In this case, the restrictions, established by Item 6 of this Article, shall extend solely to the newly acquired stocks exceeding the appropriate share.

**8.** The requirements of this Article shall not apply when:

acquiring stocks in the event of establishment or re-organisation of an open company;

acquiring stocks on the basis of a previously sent voluntary offer to acquire all the securities of an open company provided for by Item 1 of this Article, if such voluntary offer complies with the requirements contained in Items from 2 to 5 of this Article;

acquiring stocks on the basis of a previously sent obligatory offer;

transfer of stocks by a person to affiliated persons thereof or transfer of stocks to a person by affiliated persons thereof, and also as a result of dividing the common property of spouses and by way of inheritance;

paying off a part of shares of an open company;

acquiring stocks as a result of a stockholder exercising of the priority right to acquisition of additional stocks being placed;

acquiring stocks as a result of their placement by the person indicated in the securities prospectus as the person rendering services of arranging placement and (or) placing stocks, provided that the time period for possession of such securities by this person is six months at most;

sending an open company a notification for holders of securities that they are entitled to demand repurchase of the securities in compliance with Article 84.7 of this Federal Law;

sending an open company a demand to repurchase securities in compliance with Article 84.8 of this Federal Law.

Текст данного документа перевел с русского языка на английский язык

переводчик                          Денщиков Максим Владимирович

*Город Москва, двадцать третьего октября две тысячи седьмого года. Настоящим Бюро переводов «Толмач» подтверждает верность перевода текста данного документа, выполненного официальным переводчиком Денщиковым Максимом Владимировичем.*

Всего прошнуровано
шесть листов
и скреплено печатью

