Chin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

TELENOR EAST INVEST AS,

       Plaintiff,

-against-

ALTIMO HOLDINGS & INVESTMENTS
LIMITED, ECO TELECOM LIMITED, CTF
HOLDINGS LIMITED, CROWN FINANCE
FOUNDATION and RIGHTMARCH LIMITED,

       Defendants.

07 Civ. 4829 (DC)
ECF ACTION

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the undersigned counsel, that the time for Defendants to answer the complaint in the above-captioned action be, and the same hereby is, extended from April 8, 2008, to and including May 6, 2008.

March 26, 2008

       ORRICK, HERRINGTON & SUTCLIFFE LLP

       By _____
          Robert L. Sills

       *Attorneys for Plaintiff*
       666 Fifth Avenue
       New York, NY 10103
       (212) 506-5000
       rsills@orrick.com

CRAVATH, SWAINE & MOORE LLP

By _____
          Ronald S. Rolfe

*Attorneys for Defendants Altimo Holdings & Investments Limited, Crown Finance Foundation and Rightmarch Limited*
Worldwide Plaza
  825 Eighth Avenue
    New York, NY 10019-7475
      (212) 474-1000
      rrolfe@cravath.com

LOVELLS LLP

By _____
          Edward T. Schorr

*Attorneys for Defendants Eco Telecom Limited and CTF Holdings Limited*
590 Madison Avenue
  New York, NY 10022
    (212) 909-0600
    Edward.Schorr@lovells.com

SO ORDERED:

_____
Hon. Denny Chin
U.S.D.J.

3/31/08